FORM TO BE USED BY FEDERAL PRISONERS IN FILING A CIVIL ACTION UNDER 28 U.S.C. §§1331-1346/ 28 USC §1361/5 USC §701-06

**FILED**
JUL 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## District of Columbia

JULIO GOMEZ, #52714-004 and every
[name of plaintiff]
other federal prisoners,
vs. FCC Coleman Law. Complex
POB 1031, Coleman, FL 33521-1031
DEPARTMENT OF JUSTICE; FEDERAL
BUREAU OF PRISONS.
[name of defendant]

**Class Certification Requested**

CASE NUMBER  1:06CV01346
JUDGE: Ellen Segal Huvelle
DECK TYPE: Pro se General Civil
DATE STAMP: 07/31/2006

A. Have you begun other actions in Federal Court dealing with the same facts involved in this action? YES ( ) NO (X)

B. If you answer to A is Yes, describe the action in the space below. [If there is more than one action, describe the additional actions on the reverse of this page]

1. Parties to the action: _____N/A_____

2. Court [Federal Court, name the district] _____N/A_____

3. Docket number: _____N/A_____

4. Name of Judge to whom case was assigned: _____N/A_____

5. Disposition [for example: was the case dismissed? Was it appealed? Is it still pending?] _____N/A_____

RECEIVED
JUL 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

C. 1. Did you present the facts relating to your complaint in the internal prison grievance procedure? YES (X) NO ( )

2. If you answer is YES, what was the result? Defendants avoids the issue raised

See exhibit (A) attached.

3. If you answer is NO explain: N/A

D. 1. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action? YES (X) NO ( )

2. If your answer is YES, state the date such claim was submitted and what action, if any, has been taken. BP#9, denied 1/31/06 BP#10 denied 3/03/06 BP#11 denied On 5/30/06

3. If your claim has been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning your claim. See attached exhibit (A)

E. 1. Are you suing for a work related injury? YES ( ) NO (X)

2. If you answer is YES, state the nature of the duties you were performing when the injury occurred. N/A

-2-

PARTIES

I. Name of Plaintiff: JULIO GOMEZ #52714-004

   Address: FCC-COLEMAN LOW-COMPLEX, PO BOX 1031 Coleman, Fl 33521-103

II. Name of Defendant: DEPARTMENT OF JUSTICE and Federal Bureau of Priso

   Employed as: Both located at Washington DC

   At _____

STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intent to allege a number of different claims, number and set forth each claim in a separate paragraph. [Use as much space as you need. Attach extra sheets, if necessary].

DEFENDANTS Good Conduct Time (GCT) of 28 CFR §523.20 at 62 FR 50786, effective 11/03/97, interpretating 18 USC §3624(b) to mean (54) days for each year served, suppose to have become legally effective-FINAL ACTION Rule on MAY/06 via Administrative Procedure Act (APA) of 5 USC §553. See, Fed. Reg. Vol. 70 at 64861 Oct. 31, 2005. May/06 has come and gone and the GCT rule as yet to become Final and effective nor published in the APA. Under GCT rule §523.20, a federal prisoner will serve 87.2% of his/her sentence. Since §3624(b) is ambiguous, it also means (54) days from each year of the sentence imposed. Defendants other GCT rule of PS §5100.07 at 6-8, defines §3624(b) to mean 85% of the sentence rounded off to the nearest wholenumber.

## CLAIMS

A. THE DEFENDANTS VIOLATED THE APA §553 BY NOT PROVIDING NOTICE TO THE PUBLIC AND/OR NOT CONSIDERING COMMENTS FROM THE PUBLIC BEFORE MAKING ITS GCT RULE OF 28 CFR §523.20, FINAL AND EFFECTIVE ON NOV. 03, 1997 AT 62 FR 50786:

B. THE DEFENDANTS VIOLATED THE APA §553 BY MAKING ITS GCT RULE OF 28 CFR §523.20 , EFFECTIVE FROM THE DATE OF PUBLISHING RATHER THAN 30 DAYS AFTER PUBLICATION;

C. THE DEFENDANTS VIOLATED THE CONSTITUTION, STATUTORY AND APA § 553 RIGHTS BY CALCULATING PRISONERS GCT UNDER A INVALID/NON-EFFECTIVE/NON-FINAL ACTION RULE OF 28 CFR 523.20:

D. THE DEFENDANTS IS VIOLATING THE CONSTITUTION, STATUTORY AND APA §553 RIGHTS BY NOT CALCULATING PRISONERS GCT UNDER A VALID AND EFFECTIVE RULE AT PS §5100.07, (6)-(8):

E. THE DEFENDANTS ARE VIOLATING PLAINTIFF'S AND EVERY OTHER FEDERAL PRISONERS SUBSTANTIVE AND PROCEDURAL DUE PROCESS RIGHTS BY CALCULATING GCT UNDER AN INVALID/NON-EFFECTIVE/NON-FINAL ACTION RULE OF 28 CFR §523.20 [AND] NOT INSTEAD CALCULATING GCT UNDER A VALID AND EFFECTIVE RULE AT PS §5100.07, (6)-(8);

F. THE DEFENDANTS ARE ACTING ARBITRARY AND CAPRICIOUS BY INTERPRETATING 18 USC §3624(b) TO MEAN (54) DAYS FOR EACH YEAR SERVED AND NOT (54) DAYS FROM EACH YEAR OF THE SENTENCE IMPOSED OR 85% OF THE SENTENCE IMPOSED, SINCE §3624(b) IS AMBIGUOUS AND SHOULD BE INTERPRET IN THE PRISONER'S FAVOR UNDER THE RULE OF LENITY DUE TO DEFENDANT'S NEVER PROMULGATING ITS INTERPRETATION PURSUANT TO THE NOTICE AND COMMENT PROVISIONS OF THE APA AND/OR VIOLATED THE APA WHEN PROMULGATING ITS INTERPRETATION, THUS, DEFENDANTS SHOULD NOT BE ENTITLE TO DEFERENCE:

G. THE DEFENDANTS VIOLATED THE PARAMETERS OF THE APA §701-706 by BY ACTING ARBITRARY AND CAPRICIOUS AND ABUSED ITS DISCRETION WHEN CALCULATING FEDERAL PRISONERS GCT UNDER AN INVALID/NON-FINAL ACTION RULE OF 28 CFR §523.20:

H. THE DEFENDANTS ACTED ARBITRARY AND CAPRICIOUS BY FAILING TO ADDRESS PLAINTIFF'S CHALLENGE TO THE APA §553 IN THE PRISON'S ADMINISTRATIVE GRIEVANCE PROCESS:

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Requesting Class Certification and Mandamus relief and/or injunctive relief and/or declaratory relief and/or equitable relief by the Court ordering the defendants to recalculate every federal prisoners (GCT) under PS §5100.07 at 6-8 and/or ordering the defendants to interpret §3624(b) to mean 54 days for each year of the sentence imposed or 85% of the sentence imposed.

Signed this __4__ day of __JULY__ XX 2006

RESPECTFULLY SUBMITTED

Signature of Plaintiff [s]
JULIO GOMEZ, #52714-004
Signature of Plaintiff [s]

## DECLARATION

I, __JULIO GOMEZ, Pro Se__ declare under penalty of perjury that I have read and subscribed to the above and state that the information contained therein is true and correct to the best of my knowledge.

Executed __July, 4 2006__ at __FCC-Coleman Low PO BOX 1031 Coleman Fl 3352__
         [date]                          [place]

Signature of Plaintiff
-4-  JULIO GOMEZ, Pro Se
     #52714-004