DC 12 (Rev 8/82)

**APPLICATION TO PROCEED IN FORMA PAUPERIS,
SUPPORTING DOCUMENTATION & ORDER**

FILED
JUL 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| United States District Court | DISTRICT | DISTRICT OF COLUMBIA |
|---|---|---|

| CASE TITLE: JULIO GOMEZ and every other federal prisoner v. DEPARTMENT OF JUSTICE; FEDERAL BUREAU OF PRISONS | DOCKET NO. To be assigned |
|---|---|
| | MAGISTRATE CASE NO. |

06 1346

I, JULIO GOMEZ, declare that I am the (check appropriate box)

[X] petitioner/plaintiff          [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant        [ ] 28 USC §1331/5USC 701-706/28 USC §1361
                                     other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                  Yes [X]   No [ ]

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   Prison Unicor

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   N/A

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment       Yes [ ]   No [ ]
   b. Rent payments, interest or dividends?                       Yes [ ]   No [ ]
   c. Pensions, annuities or life insurance payments?             Yes [ ]   No [ ]
   d. Gifts or inheritances?                                      Yes [ ]   No [ ]
   e. Any other sources?   Prison Unicor                          Yes [X]   No [ ]

RECEIVED
JUL 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

If "Yes" state the total amount. _____N/A_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

If "Yes" describe the property and state its value.

N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

N/A

I declare under penalty of perjury that the above information is true and correct.

July 05, 2006
DATE

SIGNATURE OF APPLICANT
JULIO GOMEZ #52714-004

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _#140.47 as of 7/3/06_ on account to his/her credit at (name of institution) _FCC Coleman Low_. I further certify that the applicant has the following securities to his/her credit: _N/A_ . I further certify that during the past six months the applicant's average pay was $ _The inmate has had $1,020.27 in his account the last 6 months. As of 7/3/06_

RECEIVED
DATE JUL 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SIGNATURE OF AUTHORIZED OFFICER