```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

JULIO GOMEZ,                       )
                                   )
         Plaintiff,                )
                                   )
    v.                             ) Civil Action No. 06-1346 ESH
                                   )
DEPARTMENT OF JUSTICE, et al.,     )
                                   )
         Defendants.               )
_____)
```

ORDER

UPON CONSIDERATION of the Defendants' Motion To Dismiss, any opposition thereto, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the Defendants' motion should be and hereby is GRANTED; and it is further

ORDERED that the complaint is dismissed.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

JULIO GOMEZ
Reg. No. 52714-004
FCC-Coleman Low Complex
P.O. Box 1031
Coleman, FL  33521-103