```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

JULIO GOMEZ,                          )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )  Civil Action No. 06-1346 ESH
                                      )
DEPARTMENT OF JUSTICE, et al.,        )
                                      )
        Defendants.                   )
_____)
```

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendants hereby move, pursuant to Fed. R. Civ. P. 6(b)(1), for an enlargement of time to reply to "Plaintiff's Response To Defendant's [sic] Motion To Dismiss" in this action up to and including December 13, 2006.  Plaintiff is a federal prisoner who provides no telephone number at which he can be reached.  Accordingly, he has not been contacted to determine his position on this motion.[1]

This request is made because the Assistant United States Attorney ("AUSA") assigned primary responsibility in this action

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*."  It does not require counsel to discuss those motions with pro se parties.  Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  Local Civil Rule 16.3(a) (emphasis added).

has not yet had sufficient time to complete the needed reply in this action. This is due, in part, to the fact that counsel has been away from the office for two days over the recent Holiday, and he has been completing filings in several unrelated civil actions since his return. In addition, although Plaintiff claims to have served his response by mail on some unspecified address on November 11, 2006, counsel only received the response through the Court's electronic transmission facilities on November 20, 2006.

WHEREFORE, Defendants move for an enlargement of time to reply in this action until December 13, 2006.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made by mailing copies thereof to:

JULIO GOMEZ
Reg. No. 52714-004
FCC-Coleman Low Complex
P.O. Box 1031
Coleman, FL  33521-103

on the 30th day of November, 2006.

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230