UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RANDOLPH SHOPE,

    Petitioner,

v.                                Case No. 5:05-cv-487-Oc-10GRJ

BUREAU OF PRISONS,

    Respondent.

## ORDER DENYING RELIEF FROM JUDGMENT

This case is before the Court upon the filing of a Motion for Relief from Judgment (Doc. 7) and Motion for leave to appeal as a pauper (Doc. 9) with respect to this Court's Order (Doc. 3) dismissing the § 2241 Petition, which challenged the BOP's interpretation of 18 U.S.C. § 3624(b) and the appropriate manner in which to calculate a prisoner's good time credit. The Court dismissed the Petition without ordering a response because it plainly appeared from the face of the Petition that Petitioner is not entitled to relief. See 28 U.S.C. § 2243; Rule 4, Rules Governing Habeas Corpus Petitions.

Petitioner seeks relief from the judgment because the Order dismissing the Petition did not address the merits of Petitioner's claim that the BOP violated the Administrative Procedure Act (APA) in various respects in promulgating 28 C.F.R. § 523.20, which set forth the BOP's interpretation of 18 U.S.C. § 3624(b). Even if the instant Petition were a proper vehicle to raise this claim, the Petitioner would be entitled to no relief. The Circuit Courts that have upheld the BOP's interpretation of

§ 3624(b) have noted that 28 C.F.R. § 523.20 was promulgated pursuant to the APA's notice-and-comment requirements.[1] Accordingly, the Motion (Doc. 7) is **DENIED**.

Petitioner's Motion seeking leave to appeal as a pauper is deficient in that Petitioner has not filed an Affidavit of Indigency and has not provided the necessary financial documentation. Accordingly, a ruling on that Motion (Doc. 9) is **DEFERRED** pending receipt of the necessary documents. The **Clerk** is directed to send Petitioner an Affidavit of Indigency. Petitioner must also provide the Court with a certified copy of his six-month prisoner account statement. See 28 U.S.C. § 1915(a)(2).

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 4th day of May 2006.

*[signature]*
UNITED STATES DISTRICT JUDGE

c: Randolph Shope
USCA

---

[1] See Brown v. McFadden, 416 F.3d 1271, 1272-73 (11th Cir. 2005) (and cases cited therein).