UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JULIO GOMEZ,                             ) | |
|           Plaintiff,           ) | |
| v.                                       ) | Civil Action No. 06-1346 (ESH) |
| DEPARTMENT OF JUSTICE and                ) | |
| FEDERAL BUREAU OF PRISONS,               ) | |
|           Defendants.       ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Motion to Dismiss [Dkt. 7] is **GRANTED**, and plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: December 20, 2006