| Actions | Compliance | Procedures |
|---|---|---|
| (4) Do not install:<br>(i) Any P/N 532.10.12.077 (or FAA-approved equivalent part number) bolt that does not have a white primed and painted head in any MLG assembly (P/N 532.10.12.049, P/N 532.10.12.050, or FAA-approved equivalent part number); and<br>(ii) Any MLG assembly (P/N 532.10.12.049, P/N 532.10.12.050 or FAA-approved equivalent part number) that does not have P/N 532.10.12.077F (or FAA-approved equivalent part number) bolts with white primed and painted heads. | As of December 19, 2005 (the effective date of this AD). | Not Applicable. |

Note: The FAA recommends that you return any removed bolts to Pilatus.

**May I Request an Alternative Method of Compliance?**

(f) You may request a different method of compliance or a different compliance time for this AD by following the procedures in 14 CFR 39.19. Unless FAA authorizes otherwise, send your request to your principal inspector. The principal inspector may add comments and will send your request to the Manager, Standards Office, Small Airplane Directorate, FAA. For information on any already approved alternative methods of compliance, contact Doug Rudolph, Aerospace Engineer, FAA, Small Airplane Directorate, 901 Locust, Room 301, Kansas City, Missouri 64106; telephone: (816) 329–4059; facsimile: (816) 329–4090.

**Is There Other Information That Relates to This Subject?**

(g) Swiss AD Number HB–2005–288, dated June 29, 2005, also addresses the subject of this AD.

**Does This AD Incorporate Any Material by Reference?**

(h) You must do the actions required by this AD following the instructions in Pilatus PC12 Service Bulletin No. 32–018, dated May 2, 2005. The Director of the Federal Register approved the incorporation by reference of this service bulletin in accordance with 5 U.S.C. 552(a) and 1 CFR part 51. To get a copy of this service information, contact Pilatus Aircraft Ltd., Customer Liaison Manager, CH–6371 Stans, Switzerland; telephone: +41 41 619 6208; facsimile: +41 41 619 7311; e-mail: SupportPC12@pilatus-aircraft.com or from Pilatus Business Aircraft Ltd., Product Support Department, 11755 Airport Way, Broomfield, Colorado 80021; telephone: (303) 465–9099; facsimile: (303) 465–6040. To review copies of this service information, go to the National Archives and Records Administration (NARA). For information on the availability of this material at NARA, go to: http://www.archives.gov/federal_register/code_of_federal_regulations/ibr_locations.html or call (202) 741–6030. To view the AD docket, go to the Docket Management Facility; U.S. Department of Transportation, 400 Seventh Street, SW., Nassif Building, Room PL–401, Washington, DC 20590–001 or on the Internet at http://dms.dot.gov. The docket number is FAA–2005–21835; Directorate Identifier 2005–CE–35–AD.

Issued in Kansas City, Missouri, on October 25, 2005.

**David R. Showers,**
*Acting Manager, Small Airplane Directorate, Aircraft Certification Service.*
[FR Doc. 05–21803 Filed 11–2–05; 8:45 am]
**BILLING CODE 4910–13–P**

---

# DEPARTMENT OF JUSTICE

## Bureau of Prisons

### 28 CFR Part 523

[BOP–1112–F]

RIN 1120–AB12

### Good Conduct Time; Aliens With Confirmed Orders of Deportation, Exclusion, or Removal

**AGENCY:** Bureau of Prisons, Justice.
**ACTION:** Final rule.

**SUMMARY:** In this document, the Bureau of Prisons (Bureau) amends its rules on Good Conduct Time (GCT). The purpose of this rule is to more effectively reduce the lengthy General Educational Development (GED) waiting lists and to reevaluate the "satisfactory progress in a literacy program" provision of the Violent Crime Control and Law Enforcement Act of 1994 (VCCLEA) and/or the Prison Litigation Reform Act of 1995 (PLRA) for aliens with confirmed orders of deportation, exclusion, or removal. This rule will increase the proportion of our literacy funds and resources that go to inmates who will remain in the U.S. after release. This rule will exempt inmate aliens with confirmed orders of deportation, exclusion, or removal from the "satisfactory progress in a literacy program" provision of the Violent Crime Control and Law Enforcement Act of 1994 (VCCLEA) and/or the Prison Litigation Reform Act of 1995 (PLRA). The Bureau's Literacy Program rules formerly comprised only GED attainment. This means that inmate aliens who have confirmed orders of deportation, exclusion, or removal, but do not have a high school diploma or GED, will not need to demonstrate satisfactory progress toward earning a GED credential to be considered for the full benefits of GCT. When considering GCT, we will allow 54 days GCT for each year served if the inmate is an alien with a confirmed order of deportation, exclusion, or removal from the Executive Office for Immigration Review (EOIR).

In this document, we also reorganize the rule for clarity and accuracy. Other than the substantive change regarding sentenced deportable aliens, we make no further substantive changes.

**DATES:** This rule is effective December 5, 2005.

**FOR FURTHER INFORMATION CONTACT:** Sarah Qureshi, Office of General Counsel, Bureau of Prisons, phone (202) 307–2105.

**SUPPLEMENTARY INFORMATION:** We published this change as a proposed rule on June 25, 2003 (68 FR 37776).

### What Is the Purpose of This Rule Change?

The purpose of this rule is to more effectively reduce the lengthy General Educational Development (GED) waiting lists and to reevaluate the "satisfactory progress in a literacy program" provision of VCCLEA/PLRA for aliens with confirmed orders of deportation, exclusion, or removal. This rule will increase the proportion of our literacy funds and resources that go to inmates who will remain in the U.S. after release.

VCCLEA/PLRA requires that inmates lacking a high school diploma or GED


EXHIBIT (A)

**DOJ—BOP**                                                                 **Final Rule Stage**

### 1757. DRUG ABUSE TREATMENT PROGRAM: SUBPART REVISION AND CLARIFICATION

**Priority:** Info./Admin./Other

**Legal Authority:** 18 USC 3521 to 3528, 4042, 4046, 4081, 4082, 5006 to 5024, 5039; 28 USC 848, 509, 510; 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; ...

**CFR Citation:** 28 CFR 550

**Legal Deadline:** None

**Abstract:** In this document, the Bureau of Prisons proposes to amend its regulations on the drug abuse treatment program. We intend this amendment to streamline and clarify these regulations, eliminating unnecessary text and obsolete language, and removing internal agency procedures that need not be in rules text.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 07/01/04 | 69 FR 39887 |
| NPRM Comment Period End | 08/30/04 | |
| Final Action | 08/00/05 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Additional Information:** The action previously reported at RIN 1120-AA88 has been merged into this rulemaking.

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307-2105
Fax: 202 305-4577
Email: squreshi@bop.gov

**RIN:** 1120-AB07

### 1758. NATIONAL SECURITY; PREVENTION OF ACTS OF VIOLENCE AND TERRORISM

**Priority:** Other Significant

**Legal Authority:** 5 USC 301; 18 USC 3621, 3622, 3624, 4001, 4042, 4081, 4082, 4161 to 4166, 5006 to 5024; 18 USC 5039; 28 USC 509, 510

**CFR Citation:** 28 CFR 500, 501

**Legal Deadline:** None

**Abstract:** Current Bureau of Prisons regulations on institutional management authorize the Bureau to impose special administrative measures with respect to specified inmates, based on information provided by senior intelligence or law enforcement officials, where it has been determined to be necessary to prevent the dissemination either of classified information that could endanger the national security or of other information that could lead to acts of violence and terrorism.

This rule extends the period of time for which such special administrative measures may be imposed from 120 days to up to 1 year and modifies the standards for approving extensions of such special administrative measures for further increments of time. In addition, in those cases where the Attorney General has certified that reasonable suspicion exists to believe that an inmate may use communications with attorneys or their agents to further or facilitate acts of violence or terrorism, this rule amends the existing regulations to provide that the Bureau is authorized to monitor mail or communications with attorneys in order to deter such acts, subject to specific procedural safeguards, to the extent permitted under the Constitution and laws of the United States. Finally, this rule provides that the head of each component of the Department of Justice that has custody of persons for whom special administrative measures are determined to be necessary may exercise the same authority to impose such measures as the Director of the Bureau of Prisons.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Interim Final Rule | 10/30/01 | 66 FR 55062 |
| Interim Final Rule Effective | 10/31/01 | |
| Interim Final Rule Comment Period End | 12/31/01 | |
| Final Action | 11/00/05 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** Undetermined

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307-2105
Fax: 202 305-4577
Email: squreshi@bop.gov

**RIN:** 1120-AB08

### 1759. INMATE FEES FOR HEALTH CARE SERVICES

**Priority:** Other Significant

**Legal Authority:** 5 USC 301; 18 USC 3621 to 3622, 4001, 4005, 4014, 4042, 4045, 4081 to 4082; 18 USC 4161 to 4166, 4241 to 4247, 5006 to 5024, 5039; 28 USC 509 to 510

**CFR Citation:** 28 CFR 549

**Legal Deadline:** None

**Abstract:** In this document, the Bureau of Prisons (Bureau) proposes rules describing procedures we will follow for charging inmates fees for certain kinds of health services, as required under the Federal Prisoner Health Care Copayment Act of 2000 (Pub. L. 106-294, October 12, 2000, 114 Stat. 1038).

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 10/10/02 | 67 FR 63059 |
| NPRM Comment Period End | 12/09/02 | |
| Final Action | 05/00/05 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307-2105
Fax: 202 305-4577
Email: squreshi@bop.gov

**RIN:** 1120-AB11

### 1760. GOOD CONDUCT TIME: ALIENS WITH CONFIRMED ORDERS OF DEPORTATION, EXCLUSION, OR REMOVAL

**Priority:** Substantive, Nonsignificant

**Legal Authority:** 28 USC 509 to 510; 5 USC 301; 18 USC 3621 to 3622, 3568, 4001, 4042, 4081 to 4082; 18 USC 4161 to 4166, 5006 to 5024, 5039

**CFR Citation:** 28 CFR 523.20

**Legal Deadline:** None

**Abstract:** In this document, the Bureau of Prisons (Bureau) proposes to amend its rules on Good Conduct Time (GCT). The purpose of this rule is to more



EXHIBIT (B)

effectively reduce the lengthy General Educational Development (GED) waiting lists and to reevaluate the "satisfactory progress in a literacy program" provision of the Violent Crime Control and Law Enforcement Act of 1994 (VCCLEA) and/or the Prison Litigation Reform Act of 1995 (PLRA) for aliens with confirmed orders of deportation, exclusion, or removal. This rule increases the proportion of our literacy funds and resources that go to inmates who will remain in the United States after release.

This rule exempts such inmate aliens from the "satisfactory progress in a literacy program" provision of the Violent Crime Control and Law Enforcement Act of 1994 (VCCLEA) and/or the Prison Litigation Reform Act of 1995 (PLRA). The Bureau's Literacy Program rules currently comprise only GED attainment. This means that inmate aliens who have confirmed orders of deportation, exclusion, or removal, but do not have a high school diploma or GED, will not need to demonstrate satisfactory progress toward earning a GED credential to be considered for the full benefits of GCT. When considering GCT, we propose to allow 54 days GCT for each year served if the inmate is an alien with a confirmed order of deportation, exclusion, or removal from the Immigration and Naturalization Service (INS) (now referred to as the Bureau of Citizenship and Immigration Services (BCIS)).

In this rule the Bureau also reorganizes the rule for clarity and accuracy. Other than the substantive change regarding sentenced deportable aliens, we make no further substantive changes.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 06/25/03 | 68 FR 37776 |
| NPRM Comment Period End | 08/25/03 | |
| Final Action | 08/00/05 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov

**RIN:** 1120–AB12

---

**1761. CIVIL CONTEMPT OF COURT COMMITMENTS: REVISION TO ACCOMMODATE COMMITMENTS UNDER THE DC CODE**

**Priority:** Substantive, Nonsignificant

**Legal Authority:** 5 USC 301; 18 USC 3621 to 3622, 3568, 3585, 4001, 4042, 4081 to 4082; 18 USC 4161 to 4166, 5006 to 5024, 5039; 28 USC 509 to 510; DC Code 24–101(a) and (b)

**CFR Citation:** 28 CFR 522

**Legal Deadline:** None

**Abstract:** In this document, the Bureau of Prisons (Bureau) revises its rules on Civil Contempt of Court Commitments to include references to relevant DC Code provisions regarding civil contempt commitments. We make this revision to accommodate DC Code offenders in Bureau institutions or Bureau contract facilities under the National Capital Revitalization and Self-Government Improvement Act of 1997 (DC Revitalization Act), DC Code section 24-101(a) and (b). We also revise this rule to clarify existing provisions by using simpler organization and language. For further simplification, we remove language relating solely to internal agency practices and procedures. We do not, however, make any substantive changes to the current rules.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 08/05/03 | 68 FR 46138 |
| NPRM Comment Period End | 10/06/03 | |
| Final Action | 12/00/05 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov

**RIN:** 1120–AB13

---

**1762. CENTRAL INMATE MONITORING (CIM) SYSTEM: STREAMLINING RULES**

**Priority:** Substantive, Nonsignificant

**Legal Authority:** 5 USC 301; 18 USC 3621 to 3622, 3624, 4001, 4042, 4081 to 4082; 18 USC 223; 18 USC 5006 to 5024, 5039; 28 USC 509 to 510; . . .

**CFR Citation:** 28 CFR 524

**Legal Deadline:** None

**Abstract:** In this document, the Bureau of Prisons (Bureau) proposes to streamline its rules on the Central Inmate Monitoring system (CIM). We intend this amendment to streamline our regulations by removing internal agency management procedures that need not be stated in regulation. Bureau policy is a more appropriate vehicle through which to provide instruction and guidance to staff. All the provisions we removed consist of our instruction and guidance to Bureau staff. These provisions relate solely to internal agency management and practice and do not impose obligations or confer any benefits upon our regulated entities (the inmates) or the public. The procedures that were in these regulations will continue to exist, unchanged, in our policy statement on the Admission and Orientation Program. Any requirement imposed on our staff in these rules will remain a Bureau-wide requirement in our policy. It is important to note that we have not changed the substance of the CIM rules.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Interim Final Rule | 10/00/05 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov

**RIN:** 1120–AB14

DOJ—BOP                                                                                                   Final Rule Stage

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 09/21/00 | 65 FR 57126 |
| NPRM Comment Period End | 11/20/00 | |
| Final Action | 07/00/06 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov

**RIN:** 1120–AA95

### 1937. CORRESPONDENCE: INSPECTION OF OUTGOING GENERAL CORRESPONDENCE

**Priority:** Other Significant

**Legal Authority:** 5 USC 551; 5 USC 552a; 18 USC 1791; 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 5006 to 5024; 18 USC 5039; 28 USC 509 to 510

**CFR Citation:** 28 CFR 540.14

**Legal Deadline:** None

**Abstract:** This document amends the Bureau's regulations on correspondence to require that outgoing inmate general correspondence at all institutions may not be sealed and may be read and inspected by staff. This amendment is intended to provide for the continued efficient and secure operation of the institution and to protect the public. The requirement does not apply to special mail.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 07/27/99 | 64 FR 40718 |
| NPRM Comment Period End | 09/27/99 | |
| Final Action | 01/00/06 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov

**RIN:** 1120–AA98

### 1938. DISTRICT OF COLUMBIA EDUCATIONAL GOOD TIME CREDIT

**Priority:** Substantive, Nonsignificant

**Legal Authority:** 18 USC 3568; 18 USC 3621; 18 USC 3622; 18 USC 3624; 18 USC 4001; 18 USC 4042; 18 USC 4081; 18 USC 4082; 18 USC 4161 to 4166; 18 USC 5006 to 5024; 18 USC 5039; 28 USC 509 to 510

**CFR Citation:** 28 CFR 523

**Legal Deadline:** None

**Abstract:** This rule establishes procedures for awarding educational good time credit consistent with the DC Code for offenders in Bureau institutions or Bureau contract facilities, under the National Capital Revitalization and Self-Government Improvement Act of 1997, who committed their offenses before August 5, 2000.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Interim Final Rule | 07/24/02 | 67 FR 48385 |
| Interim Final Rule Comment Period End | 09/23/02 | |
| Final Action | 08/00/06 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov

**RIN:** 1120–AB05

### 1939. DRUG ABUSE TREATMENT PROGRAM: SUBPART REVISION AND CLARIFICATION

**Priority:** Substantive, Nonsignificant

**Legal Authority:** 18 USC 3521 to 3528, 4042, 4046, 4081, 4082, 5006 to 5024, 5039; 28 USC 848, 509, 510; 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; ...

**CFR Citation:** 28 CFR 550

**Legal Deadline:** None

**Abstract:** In this document, the Bureau of Prisons proposes to amend its regulations on the drug abuse treatment program. We intend this amendment to streamline and clarify these regulations, eliminating unnecessary text and obsolete language, and removing internal agency procedures that need not be in rules text.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 07/01/04 | 69 FR 39887 |
| NPRM Comment Period End | 08/30/04 | |
| Final Action | 06/00/06 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Additional Information:** The action previously reported at RIN 1120-AA88 has been merged into this rulemaking.

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov

**RIN:** 1120–AB07

### 1940. GOOD CONDUCT TIME: ALIENS WITH CONFIRMED ORDERS OF DEPORTATION, EXCLUSION, OR REMOVAL

**Priority:** Substantive, Nonsignificant

**Legal Authority:** 28 USC 509 to 510; 5 USC 301; 18 USC 3621 to 3622, 3568, 4001, 4042, 4081 to 4082; 18 USC 4161 to 4166, 5006 to 5024, 5039

**CFR Citation:** 28 CFR 523.20

**Legal Deadline:** None

**Abstract:** In this document, the Bureau of Prisons (Bureau) proposes to amend its rules on Good Conduct Time (GCT). The purpose of this rule is to more effectively reduce the lengthy General Educational Development (GED) waiting lists and to reevaluate the "satisfactory progress in a literacy program" provision of the Violent Crime Control and Law Enforcement Act of 1994 (VCCLEA) and/or the Prison Litigation Reform Act of 1995 (PLRA) for aliens with confirmed

**DOJ—BOP**  
**Final Rule Stage**

orders of deportation, exclusion, or removal. This rule increases the proportion of our literacy funds and resources that go to inmates who will remain in the United States after release.

This rule exempts such inmate aliens from the "satisfactory progress in a literacy program" provision of the Violent Crime Control and Law Enforcement Act of 1994 (VCCLEA) and/or the Prison Litigation Reform Act of 1995 (PLRA). The Bureau's Literacy Program rules currently comprise only GED attainment. This means that inmate aliens who have confirmed orders of deportation, exclusion, or removal, but do not have a high school diploma or GED, will not need to demonstrate satisfactory progress toward earning a GED credential to be considered for the full benefits of GCT. When considering GCT, we propose to allow 54 days GCT for each year served if the inmate is an alien with a confirmed order of deportation, exclusion, or removal from the Immigration and Naturalization Service (INS) (now referred to as the Bureau of Citizenship and Immigration Services (BCIS)).

In this rule the Bureau also reorganizes the rule for clarity and accuracy. Other than the substantive change regarding sentenced deportable aliens, we make no further substantive changes.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 06/25/03 | 68 FR 37776 |
| NPRM Comment Period End | 08/25/03 | |
| Final Action | 12/00/05 | |

**Regulatory Flexibility Analysis Required:** No  
**Small Entities Affected:** No  
**Government Levels Affected:** None  
**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534  
Phone: 202 307-2105  
Fax: 202 305-4577  
Email: squreshi@bop.gov  
**RIN:** 1120-AB12

---

**1941. CIVIL CONTEMPT OF COURT COMMITMENTS: REVISION TO ACCOMMODATE COMMITMENTS UNDER THE DC CODE**

**Priority:** Substantive, Nonsignificant  
**Legal Authority:** 5 USC 301; 18 USC 3621 to 3622, 3568, 3585, 4001, 4042, 4081 to 4082; 18 USC 4161 to 4166, 5006 to 5024, 5039; 28 USC 509 to 510; DC Code 24-101(a) and (b)  
**CFR Citation:** 28 CFR 522  
**Legal Deadline:** None  
**Abstract:** In this document, the Bureau of Prisons (Bureau) revises its rules on Civil Contempt of Court Commitments to include references to relevant DC Code provisions regarding civil contempt commitments. We make this revision to accommodate DC Code offenders in Bureau institutions or Bureau contract facilities under the National Capital Revitalization and Self-Government Improvement Act of 1997 (DC Revitalization Act), DC Code section 24-101(a) and (b). We also revise this rule to clarify existing provisions by using simpler organization and language. For further simplification, we remove language relating solely to internal agency practices and procedures. We do not, however, make any substantive changes to the current rules.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 08/05/03 | 68 FR 46138 |
| NPRM Comment Period End | 10/06/03 | |
| Final Action | 12/00/05 | |

**Regulatory Flexibility Analysis Required:** No  
**Small Entities Affected:** No  
**Government Levels Affected:** None  
**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534  
Phone: 202 307-2105  
Fax: 202 305-4577  
Email: squreshi@bop.gov  
**RIN:** 1120-AB13

---

**1942. CENTRAL INMATE MONITORING (CIM) SYSTEM: STREAMLINING RULES**

**Priority:** Substantive, Nonsignificant  
**Legal Authority:** 5 USC 301; 18 USC 3621 to 3622, 3624, 4001, 4042, 4081 to 4082; 18 USC 223; 18 USC 5006 to 5024, 5039; 28 USC 509 to 510; ...  
**CFR Citation:** 28 CFR 524  
**Legal Deadline:** None  
**Abstract:** In this document, the Bureau of Prisons (Bureau) proposes to streamline its rules on the Central Inmate Monitoring system (CIM). We intend this amendment to streamline our regulations by removing internal agency management procedures that need not be stated in regulation. Bureau policy is a more appropriate vehicle through which to provide instruction and guidance to staff. All the provisions we removed consist of our instruction and guidance to Bureau staff. These provisions relate solely to internal agency management and practice and do not impose obligations or confer any benefits upon our regulated entities (the inmates) or the public. The procedures that were in these regulations will continue to exist, unchanged, in our policy statement on the Admission and Orientation Program. Any requirement imposed on our staff in these rules will remain a Bureau-wide requirement in our policy. It is important to note that we have not changed the substance of the CIM rules.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Interim Final Rule | 05/00/06 | |

**Regulatory Flexibility Analysis Required:** No  
**Small Entities Affected:** No  
**Government Levels Affected:** None  
**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534  
Phone: 202 307-2105  
Fax: 202 305-4577  
Email: squreshi@bop.gov  
**RIN:** 1120-AB14

---

**1943. INMATE DISCIPLINE—SUBPART REVISION**

**Priority:** Other Significant  
**Legal Authority:** 5 USC 301; 18 USC 3621 to 3622, 4001, 4042, 4081 to 4082; 18 USC 4161 to 4166, 5006 to 5024, 5039; 28 USC 509 to 510  
**CFR Citation:** 28 CFR 541  
**Legal Deadline:** None

**DOJ—BOP**                                                                 **Final Rule Stage**

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Final Action | 09/00/05 | |
| Final Action Effective | 10/00/05 | |

**Regulatory Flexibility Analysis Required:** No
**Small Entities Affected:** No
**Government Levels Affected:** None
**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov
**RIN:** 1120–AA49

### 1749. GOOD CONDUCT TIME

**Priority:** Substantive, Nonsignificant
**Legal Authority:** 18 USC 3568; 28 USC 509 to 510; 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 4161 to 4166; 18 USC 5006 to 5024; 18 USC 5039
**CFR Citation:** 28 CFR 523
**Legal Deadline:** None
**Abstract:** This document notes the statutory requirements for the awarding of good conduct time, including the Bureau's consideration in instances where the inmate does not have a high school diploma or GED and is not making satisfactory progress toward earning a high school diploma or GED.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Interim Final Rule | 09/26/97 | 62 FR 50786 |
| Interim Final Rule Effective | 11/03/97 | |
| Interim Final Rule Comment Period End | 11/25/97 | |
| Final Action | 10/00/05 | |

**Regulatory Flexibility Analysis Required:** No
**Small Entities Affected:** No
**Government Levels Affected:** None
**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov
**RIN:** 1120–AA62

### 1750. DESIGNATION OF OFFENSES SUBJECT TO SEX OFFENDER RELEASE NOTIFICATION

**Priority:** Other Significant
**Legal Authority:** 18 USC 3565; 18 USC 5006 to 5024; 18 USC 5031 to 5042; 28 USC 509 to 510; 18 USC 2568 to 3569; 18 USC 3582; 18 USC 3621 to 3622; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 4161 to 4166; 18 USC 4201 to 4218
**CFR Citation:** 28 CFR 571
**Legal Deadline:** None
**Abstract:** This document designates various offenses as sexual offenses for purposes of 18 U.S.C. 4042(c). The designations ensure that notifications can be made for military offenders, for District of Columbia Code offenders, and for these and other Federal inmates with a sex offense in their criminal history.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Interim Final Rule | 12/16/98 | 63 FR 69386 |
| Interim Final Rule Comment Period End | 02/16/99 | |
| Final Action | 08/00/05 | |

**Regulatory Flexibility Analysis Required:** No
**Small Entities Affected:** No
**Government Levels Affected:** None
**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov
**RIN:** 1120–AA85

### 1751. SEARCHES OF HOUSING UNITS, INMATES, INMATE WORK AREAS, AND PERSONS OTHER THAN INMATES: ELECTRONIC DEVICES

**Priority:** Other Significant
**Legal Authority:** 18 USC 751 to 752; 18 USC 5006 to 5024; 18 USC 5039; 28 USC 509 to 510; 18 USC 1791 to 1793; 18 USC 3050; 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; 18 USC 4012; 18 USC 4042; 18 USC 4081 to 4082
**CFR Citation:** 28 CFR 511; 28 CFR 552
**Legal Deadline:** None
**Abstract:** This document clarifies provisions in the Bureau's regulations that pertain to the use of electronic devices in searches of inmates and persons other than inmates.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 02/25/99 | 64 FR 9431 |
| NPRM Comment Period End | 04/26/99 | |
| Final Action | 09/00/05 | |

**Regulatory Flexibility Analysis Required:** No
**Small Entities Affected:** No
**Government Levels Affected:** None
**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov
**RIN:** 1120–AA90

### 1752. DRUG TESTING PROGRAM

**Priority:** Substantive, Nonsignificant
**Legal Authority:** 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 4251 to 4255; 18 USC 5006 to 5024; 18 USC 5039; 28 USC 509 to 510
**CFR Citation:** 28 CFR 550
**Legal Deadline:** None
**Abstract:** This document consolidates into a single drug testing program separately stated regulations on alcohol testing and urine surveillance. The consolidated regulations provide for more flexibility in the use of testing methods.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 09/21/00 | 65 FR 57126 |
| NPRM Comment Period End | 11/20/00 | |
| Final Action | 12/00/05 | |

**Regulatory Flexibility Analysis Required:** No
**Small Entities Affected:** No
**Government Levels Affected:** None
**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of



Exhibit (C)

**DOJ—BOP**                                                                 **Final Rule Stage**

---

based programs for longer periods of time than ordinarily permitted.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Interim Final Rule | 04/26/96 | 61 FR 18658 |
| Interim Final Rule Effective | 05/28/96 | |
| Interim Final Rule Comment Period End | 06/25/96 | |
| Final Action | 03/00/06 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307-2105
Fax: 202 305-4577
Email: squreshi@bop.gov

**RIN:** 1120–AA11

---

**1933. GOOD CONDUCT TIME**

**Priority:** Substantive, Nonsignificant

**Legal Authority:** 18 USC 3568; 28 USC 509 to 510; 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 4161 to 4166; 18 USC 5006 to 5024; 18 USC 5039

**CFR Citation:** 28 CFR 523

**Legal Deadline:** None

**Abstract:** This document notes the statutory requirements for the awarding of good conduct time, including the Bureau's consideration in instances where the inmate does not have a high school diploma or GED and is not making satisfactory progress toward earning a high school diploma or GED.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Interim Final Rule | 09/26/97 | 62 FR 50786 |
| Interim Final Rule Effective | 11/03/97 | |
| Interim Final Rule Comment Period End | 11/25/97 | |
| Final Action | 05/00/06 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307-2105
Fax: 202 305-4577
Email: squreshi@bop.gov

**RIN:** 1120–AA62

---

**1934. DESIGNATION OF OFFENSES SUBJECT TO SEX OFFENDER RELEASE NOTIFICATION**

**Priority:** Other Significant

**Legal Authority:** 18 USC 3565; 18 USC 5006 to 5024; 18 USC 5031 to 5042; 28 USC 509 to 510; 18 USC 2568 to 3569; 18 USC 3582; 18 USC 3621 to 3622; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 4161 to 4166; 18 USC 4201 to 4218

**CFR Citation:** 28 CFR 571

**Legal Deadline:** None

**Abstract:** This document designates various offenses as sexual offenses for purposes of 18 U.S.C. 4042(c). The designations ensure that notifications can be made for military offenders, for District of Columbia Code offenders, and for these and other Federal inmates with a sex offense in their criminal history.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Interim Final Rule | 12/16/98 | 63 FR 69386 |
| Interim Final Rule Comment Period End | 02/16/99 | |
| Final Action | 09/00/06 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307-2105
Fax: 202 305-4577
Email: squreshi@bop.gov

**RIN:** 1120–AA85

---

**1935. SEARCHES OF HOUSING UNITS, INMATES, INMATE WORK AREAS, AND PERSONS OTHER THAN INMATES: ELECTRONIC DEVICES**

**Priority:** Other Significant

**Legal Authority:** 18 USC 751 to 752; 18 USC 5006 to 5024; 18 USC 5039; 28 USC 509 to 510; 18 USC 1791 to 1793; 18 USC 3050; 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; 18 USC 4012; 18 USC 4042; 18 USC 4081 to 4082

**CFR Citation:** 28 CFR 511; 28 CFR 552

**Legal Deadline:** None

**Abstract:** This document clarifies provisions in the Bureau's regulations that pertain to the use of electronic devices in searches of inmates and persons other than inmates.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 02/25/99 | 64 FR 9431 |
| NPRM Comment Period End | 04/26/99 | |
| Final Action | 02/00/06 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307-2105
Fax: 202 305-4577
Email: squreshi@bop.gov

**RIN:** 1120–AA90

---

**1936. DRUG TESTING PROGRAM**

**Priority:** Substantive, Nonsignificant

**Legal Authority:** 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 4251 to 4255; 18 USC 5006 to 5024; 18 USC 5039; 28 USC 509 to 510

**CFR Citation:** 28 CFR 550

**Legal Deadline:** None

**Abstract:** This document consolidates into a single drug testing program separately stated regulations on alcohol testing and urine surveillance. The consolidated regulations provide for more flexibility in the use of testing methods.

**[BO]P** — Proposed Rule Stage

**[Citat]ion:** 28 CFR 551

**[Legal Dea]dline:** None

**[Abstract:] In** this document, the Bureau [of Prisons] (Bureau) proposes to revise [regulation]s pertaining to smoking/no [smoking f]or inmates in Bureau [facilities.] The revised regulations [clarify t]hat smoking is generally [prohibite]d in and on the grounds of [Bureau in]stitutions and offices, with [the follow]ing two exceptions: Smoking [is permit]ted as part of an authorized [inmate re]ligious activity; and, for all [persons w]ho wish to enter, or are [already in]side, Bureau facilities, other [than inma]tes in Bureau custody, [smoking] is permitted only in smoking areas designated by the Warden. This rule also clarifies that possession of smoking apparatus and tobacco in any form is prohibited for inmates, unless as part of an authorized inmate religious activity. Smoking is defined as inhaling the smoke of any substance through the use of smoking apparatus including, but not limited to, cigars, cigarettes, or pipes. We intend this amendment to promote a clean air environment and to protect the health and safety of staff and inmates.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 09/00/06 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307-2105
Fax: 202 305-4577
Email: squreshi@bop.gov

**RIN:** 1120-AB42

---

**[Departm]ent of Justice (DOJ)** — Final Rule Stage
**[Bureau] of Prisons (BOP)**

**[1796. LIT]ERACY PROGRAM**

**[Priority:] S**ubstantive, Nonsignificant

**[Legal Au]thority:** 18 USC 3621 to 3622; [18 USC 3]624; 18 USC 4001; 18 USC [4042; 18] USC 4081 to 4082; 18 USC [5006 to 5]024; 18 USC 5039; 28 USC [509, 51]0

**[CFR Cit]ation:** 28 CFR 544.70 to 544.76

**[Legal De]adline:** None

**[Abstract]: This document makes [changes] to the Bureau's literacy [program] regulations for the sake of [clarifica]tion or simplification.

**[Timetab]le:**

| Action | Date | FR Cite |
|---|---|---|
| [Fi]nal Rule | 09/26/97 | 62 FR 50791 |
| [Fi]nal Rule [Effectiv]e | 11/03/97 | |
| [Fi]nal Rule [Commen]t Period | 11/25/97 | |
| [Final Acti]on | 10/00/06 | |

**[Regulat]ory Flexibility Analysis
[Require]d:** No

**[Small E]ntities Affected:** No

**[Govern]ment Levels Affected:** None

**[Agency] Contact:** Sarah N. Qureshi, [Rules A]dministrator, Department of [Justice,] Bureau of Prisons, 320 First [Street N]W, HOLC Building, [Washing]ton, DC 20534
[Phone: 2]02 307-2105
[Fax: 202] 305-4577
[Email: s]qureshi@bop.gov

**[RIN:] 112]0-AA33**

**1797. TELEPHONE REGULATIONS AND INMATE FINANCIAL RESPONSIBILITY**

**Priority:** Substantive, Nonsignificant

**Legal Authority:** 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 5006 to 5024; 18 USC 5039

**CFR Citation:** 28 CFR 540

**Legal Deadline:** None

**Abstract:** The Bureau of Prisons (Bureau) is withdrawing certain provisions in its rules on telephone regulations and on the inmate financial responsibility program (IFRP) which were published in the Federal Register on April 4, 1994 (59 FR 15812).

In the April 4, 1994, revision of its rules on telephone regulations and on the IFRP, the Bureau delayed the effective date for provisions in sections 540.105(c) and 545.11(d)(10), which imposed limitations on the telephone privileges of inmates refusing to participate in the IFRP. These provisions were to become effective January 3, 1995. Due to ongoing litigation in Washington v. Reno, the effective date for these provisions was further delayed until January 4, 1996 (60 FR 240).

In accordance with the Court-approved settlement in Washington v. Reno, through this rule, the Bureau withdrew these provisions and the reference to the IFRP telephone restrictions in 28 CFR section 540.100(a) and published at 61 FR 92 a new proposed rule to impose a different restriction on the telephone privileges of inmates who refuse to participate in the IFRP. This rule was finalized on December 28, 1999 (64 FR 72798, see RIN 1120-AA49).

On July 1, 2005, we merged the two rules described above (1120-AA49 and this rule). The Bureau is currently developing a rule finalizing the interim rules.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Interim Final Rule | 01/02/96 | 61 FR 90 |
| Interim Final Rule Comment Period End | 03/04/96 | |
| Final Action | 12/00/06 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307-2105
Fax: 202 305-4577
Email: squreshi@bop.gov

**RIN:** 1120-AA39

---

**1798. GOOD CONDUCT TIME**

**Priority:** Substantive, Nonsignificant

**Legal Authority:** 18 USC 3568; 28 USC 509 to 510; 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 4161

**DOJ—BOP**                                                                        Final Rule Stage

to 4166; 18 USC 5006 to 5024; 18 USC 5039

**CFR Citation:** 28 CFR 523

**Legal Deadline:** None

**Abstract:** This document notes the statutory requirements for the awarding of good conduct time, including the Bureau's consideration in instances where the inmate does not have a high school diploma or GED and is not making satisfactory progress toward earning a high school diploma or GED.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Interim Final Rule | 09/26/97 | 62 FR 50786 |
| Interim Final Rule Effective | 11/03/97 | |
| Interim Final Rule Comment Period End | 11/25/97 | |
| Final Action | 11/00/06 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov

**RIN:** 1120–AA62

---

### 1799. DESIGNATION OF OFFENSES SUBJECT TO SEX OFFENDER RELEASE NOTIFICATION

**Priority:** Other Significant

**Legal Authority:** 18 USC 3565; 18 USC 5006 to 5024; 18 USC 5031 to 5042; 28 USC 509 to 510; 18 USC 2568 to 3569; 18 USC 3582; 18 USC 3621 to 3622; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 4161 to 4166; 18 USC 4201 to 4218

**CFR Citation:** 28 CFR 571

**Legal Deadline:** None

**Abstract:** This document designates various offenses as sexual offenses for purposes of 18 U.S.C. 4042(c). The designations ensure that notifications can be made for military offenders, for District of Columbia Code offenders, and for these and other Federal inmates with a sex offense in their criminal history.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Interim Final Rule | 12/16/98 | 63 FR 69386 |
| Interim Final Rule Comment Period End | 02/16/99 | |
| Final Action | 09/00/06 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov

**RIN:** 1120–AA85

---

### 1800. SEARCHES OF HOUSING UNITS, INMATES, INMATE WORK AREAS, AND PERSONS OTHER THAN INMATES: ELECTRONIC DEVICES

**Priority:** Other Significant

**Legal Authority:** 18 USC 751 to 752; 18 USC 5006 to 5024; 18 USC 5039; 28 USC 509 to 510; 18 USC 1791 to 1793; 18 USC 3050; 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; 18 USC 4012; 18 USC 4042; 18 USC 4081 to 4082

**CFR Citation:** 28 CFR 511; 28 CFR 552

**Legal Deadline:** None

**Abstract:** This document clarifies provisions in the Bureau's regulations that pertain to the use of electronic devices in searches of inmates and persons other than inmates.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 02/25/99 | 64 FR 9431 |
| NPRM Comment Period End | 04/26/99 | |
| Final Action | 10/00/06 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov

**RIN:** 1120–AA90

---

### 1801. DRUG TESTING PROGRAM

**Priority:** Substantive, Nonsignificant

**Legal Authority:** 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 4251 to 4255; 18 USC 5006 to 5024; 18 USC 5039; 28 USC 509 to 510

**CFR Citation:** 28 CFR 550

**Legal Deadline:** None

**Abstract:** This document consolidates into a single drug testing program separately stated regulations on alcohol testing and urine surveillance. The consolidated regulations provide for more flexibility in the use of testing methods.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 09/21/00 | 65 FR 57126 |
| NPRM Comment Period End | 11/20/00 | |
| Final Action | 11/00/06 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov

**RIN:** 1120–AA95

---

### 1802. CORRESPONDENCE: INSPECTION OF OUTGOING GENERAL CORRESPONDENCE

**Priority:** Other Significant

**Legal Authority:** 5 USC 551; 5 USC 552a; 18 USC 1791; 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 5006 to 5024; 18 USC 5039; 28 USC 509 to 510

**CFR Citation:** 28 CFR 540.14

**Legal Deadline:** None

**Abstract:** This document amends the Bureau's regulations on correspondence to require that outgoing inmate general correspondence at all institutions may not be sealed and may be read and

**Department of Justice (DOJ)**
**Bureau of Prisons (BOP)**

**Final Rule Stage**

## LITERACY PROGRAM

**Priority:** Substantive, Nonsignificant

**Legal Authority:** 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 5006 to 5024; 18 USC 5039; 28 USC 510

**CFR Citation:** 28 CFR 544.70 to 544.76

**Legal Deadline:** None

**Abstract:** This document makes changes to the Bureau's literacy program regulations for the sake of clarification or simplification.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Final Rule | 09/26/97 | 62 FR 50791 |
| Final Rule Effective | 11/03/97 | |
| Final Rule Comment Period End | 11/25/97 | |
| Final Action | 02/00/07 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov

**RIN:** 1120–AA33

---

## 1929. TELEPHONE REGULATIONS AND INMATE FINANCIAL RESPONSIBILITY

**Priority:** Substantive, Nonsignificant

**Legal Authority:** 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 5006 to 5024; 18 USC 5039

**CFR Citation:** 28 CFR 540

**Legal Deadline:** None

**Abstract:** The Bureau of Prisons (Bureau) is withdrawing certain provisions in its rules on telephone regulations and on the inmate financial responsibility program (IFRP) which were published in the Federal Register on April 4, 1994 (59 FR 15812). In the April 4, 1994, revision of its rules on telephone regulations and on the IFRP, the Bureau delayed the effective date for provisions in sections 540.105(c) and 545.11(d)(10), which imposed limitations on the telephone privileges of inmates refusing to participate in the IFRP. These provisions were to become effective January 3, 1995. Due to ongoing litigation in Washington v. Reno, the effective date for these provisions was further delayed until January 4, 1996 (60 FR 240).

In accordance with the Court-approved settlement in Washington v. Reno, through this rule, the Bureau withdrew these provisions and the reference to the IFRP telephone restrictions in 28 CFR section 540.100(a) and published at 61 FR 92 a new proposed rule to impose a different restriction on the telephone privileges of inmates who refuse to participate in the IFRP. This rule was finalized on December 28, 1999 (64 FR 72798, see RIN 1120-AA49).

On July 1, 2005, we merged the two rules described above (1120-AA49 and this rule). The Bureau is currently developing a rule finalizing the interim rules.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Interim Final Rule | 01/02/96 | 61 FR 90 |
| Interim Final Rule Comment Period End | 03/04/96 | |
| Final Action | 06/00/07 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov

**RIN:** 1120–AA39

---

## 1930. GOOD CONDUCT TIME

**Priority:** Substantive, Nonsignificant

**Legal Authority:** 18 USC 3568; 28 USC 509 to 510; 18 USC 3621 to 3622; 18 USC 3624; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 4161 to 4166; 18 USC 5006 to 5024; 18 USC 5039

**CFR Citation:** 28 CFR 523

**Legal Deadline:** None

**Abstract:** This document notes the statutory requirements for the awarding of good conduct time, including the Bureau's consideration in instances where the inmate does not have a high school diploma or GED and is not making satisfactory progress toward earning a high school diploma or GED.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Interim Final Rule | 09/26/97 | 62 FR 50786 |
| Interim Final Rule Effective | 11/03/97 | |
| Interim Final Rule Comment Period End | 11/25/97 | |
| Final Action | 02/00/07 | |

**Regulatory Flexibility Analysis Required:** No

**Small Entities Affected:** No

**Government Levels Affected:** None

**Agency Contact:** Sarah N. Qureshi, Rules Administrator, Department of Justice, Bureau of Prisons, 320 First Street NW, HOLC Building, Washington, DC 20534
Phone: 202 307–2105
Fax: 202 305–4577
Email: squreshi@bop.gov

**RIN:** 1120–AA62

---

## 1931. DESIGNATION OF OFFENSES SUBJECT TO SEX OFFENDER RELEASE NOTIFICATION

**Priority:** Other Significant

**Legal Authority:** 18 USC 3565; 18 USC 5006 to 5024; 18 USC 5031 to 5042; 28 USC 509 to 510; 18 USC 2568 to 3569; 18 USC 3582; 18 USC 3621 to 3622; 18 USC 4001; 18 USC 4042; 18 USC 4081 to 4082; 18 USC 4161 to 4166; 18 USC 4201 to 4218

**CFR Citation:** 28 CFR 571

**Legal Deadline:** None

**Abstract:** This document designates various offenses as sexual offenses for purposes of 18 U.S.C. 4042(c). The designations ensure that notifications can be made for military offenders, for District of Columbia Code offenders, and for these and other Federal inmates with a sex offense in their criminal history.

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| Interim Final Rule | 12/16/98 | 63 FR 69386 |

## DEPARTMENT OF JUSTICE (DOJ)

**DEPARTMENT OF JUSTICE**

**8 CFR Ch. I**

**21 CFR Ch. I**

**27 CFR Ch. II**

**28 CFR Ch. I**

**Regulatory Agenda**

**AGENCY:** Department of Justice.

**ACTION:** Semiannual regulatory agenda.

**SUMMARY:** The Department of Justice is publishing its spring 2005 regulatory agenda pursuant to Executive Order 12866 "Regulatory Planning and Review," 58 FR 51735, and the Regulatory Flexibility Act, 5 U.S.C. sections 601 to 612 (1988).

**FOR FURTHER INFORMATION CONTACT:** Robert Hinchman, Senior Counsel, Office of Legal Policy, Department of Justice, Room 4252, 950 Pennsylvania Avenue NW., Washington, DC 20530, (202) 514-8059.

**SUPPLEMENTARY INFORMATION:** The Regulatory Flexibility Act (RFA) requires that, each year, the Department publish a list of those regulations that have a significant economic impact upon a substantial number of small entities and are to be reviewed under section 610 of the Act during the succeeding 12 months. This edition of the Department's unified agenda includes three regulations requiring such a review: "Commerce in Explosives (Including Explosives in the Fireworks Industry)" (RIN 1140-AA01); "Nondiscrimination on the Basis of Disability in Public Accommodations and Commercial Facilities" (RIN 1190-AA44); and "Nondiscrimination on the Basis of Disability in State and Local Government Services" (RIN 1190-AA46). In accordance with the RFA, comments are specifically invited on these regulations. Those comments should be addressed to the contact persons listed in the entries for these items.

**Dated:** April 6, 2005.

**Rachel L. Brand,**

*Acting Assistant Attorney General, Office of Legal Policy.*

### Bureau of Prisons—Proposed Rule Stage

| Sequence Number | Title | Regulation Identifier Number |
|---|---|---|
| 1737 | Inmate Discipline—Subpart Revision | 1120-AB18 |
| 1738 | Victim/Witness Notification | 1120-AB25 |
| 1739 | Autopsies | 1120-AB26 |
| 1740 | Searching and Detaining or Arresting Non-Inmates | 1120-AB2? |
| 1741 | Incoming Publications: Security Measures | 1120-AF?8 |
| 1742 | Classification and Program Review | 1120-?31 |
| 1743 | Inmate Work and Performance Pay Program: Reduction in Pay for Drug- and Alcohol-Related Disciplinary Offenses | 11?0-AB32 |
| 1744 | Administrative Remedy Program—Subpart Revision | 1120-AB33 / 1120-AB34 |

### Bureau of Prisons—Final Rule Stage

| Sequence Number | Title | Regulation Identifier Number |
|---|---|---|
| 1745 | Intensive Confinement Centers | 1120-AA11 |
| 1746 | Literacy Program | 1120-AA33 |
| 1747 | Telephone Regulations and Inmate Financial Responsibility | 1120-AA39 |
| 1748 | Telephone Regulations and Inmate Financial Responsibility | 1120-AA49 |
| 1749 | Good Conduct Time | 1120-AA62 |
| 1750 | Designation of Offenses Subject to Sex Offender Release Notification | 1120-AA85 |
| 1751 | Searches of Housing Units, Inmates, Inmate Work Areas, and Persons Other Than Inmates: Electronic Devices | 1120-AA90 |
| 1752 | Drug Testing Program | 1120-AA95 |
| 1753 | Correspondence: Inspection of Outgoing General Correspondence | 1120-AA98 |
| 1754 | Infectious Disease Management | 1120-AB03 |
| 1755 | District of Columbia Educational Good Time Credit | 1120-AB05 |
| 1756 | Suicide Prevention Program | 1120-AB06 |
| 1757 | Drug Abuse Treatment Program: Subpart Revision and Clarification | 1120-AB07 |
| 1758 | National Security; Prevention of Acts of Violence and Terrorism | 1120-AB08 |
| 1759 | Inmate Fees for Health Care Services | 1120-AB11 |
| 1760 | Good Conduct Time: Aliens With Confirmed Orders of Deportation, Exclusion, or Removal | 1120-AB12 |
| 1761 | Civil Contempt of Court Commitments: Revision To Accommodate Commitments Under the DC Code | 1120-AB13 |
| 1762 | Central Inmate Monitoring (CIM) System: Streamlining Rules | 1120-AB14 |
| 1763 | Bureau of Prisons Emergencies | 1120-AB17 |
| 1764 | Administrative Safeguards for Psychiatric Treatment and Medication | 1120-AB20 |



Exhibit D1

## DEPARTMENT OF JUSTICE (DOJ)

**DEPARTMENT OF JUSTICE**

**8 CFR Ch. V**

**21 CFR Ch. I**

**27 CFR Ch. II**

**28 CFR Ch. I, V**

**Regulatory Agenda**

**AGENCY:** Department of Justice.

**ACTION:** Semiannual regulatory agenda.

**SUMMARY:** The Department of Justice is publishing its fall 2005 regulatory agenda pursuant to Executive Order 12866 "Regulatory Planning and Review," 58 FR 51735, and the Regulatory Flexibility Act, 5 U.S.C. sections 601 to 612 (1988).

**FOR FURTHER INFORMATION CONTACT:** Robert Hinchman, Senior Counsel, Office of Legal Policy, Department of Justice, Room 4252, 950 Pennsylvania Avenue NW., Washington, DC 20530, (202) 514-8059.

**SUPPLEMENTARY INFORMATION:** For this edition of the Department of Justice's regulatory agenda, the most important significant regulatory actions are included in The Regulatory Plan, which appears in part II of this issue of the **Federal Register**. The Regulatory Plan entries are listed in the table of contents below and are denoted by a bracketed bold reference, which directs the reader to the appropriate sequence number in part II.

The Regulatory Flexibility Act (RFA) requires that, each year, the Department publish a list of those regulations that have a significant economic impact upon a substantial number of small entities and are to be reviewed under section 610 of the Act during the succeeding 12 months. This edition of the Department's regulatory agenda includes three regulations requiring such a review: "Commerce in Explosives (Including Explosives in the Fireworks Industry)" (RIN 1140-AA01); "Nondiscrimination on the Basis of Disability in Public Accommodations and Commercial Facilities" (RIN 1190-AA44); and "Nondiscrimination on the Basis of Disability in State and Local Government Services" (RIN 1190-AA46). In accordance with the RFA, comments are specifically invited on these regulations. Those comments should be addressed to the contact persons listed in the entries for these items.

**Dated:** August 31, 2005.

**Rachel L. Brand,**

*Assistant Attorney General, Office of Legal Policy.*

### Bureau of Prisons—Proposed Rule Stage

| Sequence Number | Title | Regulation Identifier Number |
|---|---|---|
| 1922 | Victim/Witness Notification | 1120–AB25 |
| 1923 | Autopsies | 1120–AB26 |
| 1924 | Searching and Detaining or Arresting Non-Inmates | 1120–AB28 |
| 1925 | Incoming Publications: Security Measures | 1120–AB31 |
| 1926 | Classification and Program Review | 1120–AB32 |
| 1927 | Inmate Work and Performance Pay Program: Reduction in Pay for Drug- and Alcohol-Related Disciplinary Offenses | 1120–AB33 |
| 1928 | Administrative Remedy Program—Subpart Revision | 1120–AB34 |
| 1929 | Limited Communication for Terrorist Inmates | 1120–AB35 |
| 1930 | Possession or Introduction of Personal Firearms Prohibited on Federal Penal or Correctional Institution Grounds | 1120–AB37 |
| 1931 | Inmate Electronic Message Program | 1120–AB38 |

### Bureau of Prisons—Final Rule Stage

| Sequence Number | Title | Regulation Identifier Number |
|---|---|---|
| 1932 | Intensive Confinement Centers | 1120–AA11 |
| 1933 | Good Conduct Time | 1120–AA62 |
| 1934 | Designation of Offenses Subject to Sex Offender Release Notification | 1120–AA85 |
| 1935 | Searches of Housing Units, Inmates, Inmate Work Areas, and Persons Other Than Inmates: Electronic Devices | 1120–AA90 |
| 1936 | Drug Testing Program | 1120–AA95 |
| 1937 | Correspondence: Inspection of Outgoing General Correspondence | 1120–AA98 |
| 1938 | District of Columbia Educational Good Time Credit | 1120–AB05 |
| 1939 | Drug Abuse Treatment Program: Subpart Revision and Clarification | 1120–AB07 |
| 1940 | Good Conduct Time: Aliens With Confirmed Orders of Deportation, Exclusion, or Removal | 1120–AB12 |
| 1941 | Civil Contempt of Court Commitments: Revision To Accommodate Commitments Under the DC Code | 1120–AB13 |
| 1942 | Central Inmate Monitoring (CIM) System: Streamlining Rules | 1120–AB14 |
| 1943 | Inmate Discipline—Subpart Revision | 1120–AB18 |
| 1944 | Administrative Safeguards for Psychiatric Treatment and Medication | 1120–AB20 |
| 1945 | Bureau of Prisons Central Office, Regional Offices, Institutions, and Staff Training Centers: Removal of Addresses from Rules | 1120–AB36 |

# DEPARTMENT OF JUSTICE (DOJ)

**DEPARTMENT OF JUSTICE**

**8 CFR Ch. V**

**21 CFR Ch. I**

**27 CFR Ch. II**

**28 CFR Ch. I**

**Regulatory Agenda**

**AGENCY:** Department of Justice.

**ACTION:** Semiannual regulatory agenda.

**SUMMARY:** The Department of Justice is publishing its spring 2006 regulatory agenda pursuant to Executive Order 12866 "Regulatory Planning and Review," 58 FR 51735, and the Regulatory Flexibility Act, 5 U.S.C. sections 601 to 612 (1988).

**FOR FURTHER INFORMATION CONTACT:** Robert Hinchman, Senior Counsel, Office of Legal Policy, Department of Justice, Room 4252, 950 Pennsylvania Avenue NW., Washington, DC 20530, (202) 514-8059.

**SUPPLEMENTARY INFORMATION:** The Regulatory Flexibility Act (RFA) requires that, each year, the Department publish a list of those regulations that have a significant economic impact upon a substantial number of small entities and are to be reviewed under section 610 of the Act during the succeeding 12 months. This edition of the Department's unified agenda includes three regulations requiring such a review: "Commerce in Explosives (Including Explosives in the Fireworks Industry)" (RIN 1140-AA01); "Nondiscrimination on the Basis of Disability in Public Accommodations and Commercial Facilities" (RIN 1190-AA44); and "Nondiscrimination on the Basis of Disability in State and Local Government Services" (RIN 1190-AA46). In accordance with the RFA, comments are specifically invited on these regulations. Those comments should be addressed to the contact persons listed in the entries for these items.

Dated: March 2, 2006.

**Rachel L. Brand,**

*Assistant Attorney General, Office of Legal Policy.*

## Bureau of Prisons—Proposed Rule Stage

| Sequence Number | Title | Regulation Identifier Number |
|---|---|---|
| 1783 | Victim/Witness Notification | 1120–AB25 |
| 1784 | Autopsies | 1120–AB26 |
| 1785 | Searching and Detaining or Arresting Non-Inmates | 1120–AB28 |
| 1786 | Incoming Publications: Security Measures | 1120–AB31 |
| 1787 | Inmate Work and Performance Pay Program: Reduction in Pay for Drug- and Alcohol-Related Disciplinary Offenses | 1120–AB33 |
| 1788 | Administrative Remedy Program—Subpart Revision | 1120–AB34 |
| 1789 | Limited Communication for Terrorist Inmates | 1120–AB35 |
| 1790 | Possession or Introduction of Personal Firearms Prohibited on Federal Penal or Correctional Institution Grounds | 1120–AB37 |
| 1791 | Inmate Electronic Message Program | 1120–AB38 |
| 1792 | Intensive Confinement Center Program | 1120–AB39 |
| 1793 | Inmate Access to Inmate Central File: PSRs and SORs | 1120–AB40 |
| 1794 | Drug Abuse Treatment Program: Eligibility of DC Code Offenders for Early Release Consideration | 1120–AB41 |
| 1795 | Smoking/No Smoking Areas | 1120–AB42 |

## Bureau of Prisons—Final Rule Stage

| Sequence Number | Title | Regulation Identifier Number |
|---|---|---|
| 1796 | Literacy Program | 1120–AA33 |
| 1797 | Telephone Regulations and Inmate Financial Responsibility | 1120–AA39 |
| **1798** | **Good Conduct Time** | **1120–AA62** |
| 1799 | Designation of Offenses Subject to Sex Offender Release Notification | 1120–AA85 |
| 1800 | Searches of Housing Units, Inmates, Inmate Work Areas, and Persons Other Than Inmates: Electronic Devices | 1120–AA90 |
| 1801 | Drug Testing Program | 1120–AA95 |
| 1802 | Correspondence: Inspection of Outgoing General Correspondence | 1120–AA98 |
| 1803 | District of Columbia Educational Good Time Credit | 1120–AB05 |
| 1804 | Suicide Prevention Program | 1120–AB06 |
| 1805 | Drug Abuse Treatment Program: Subpart Revision and Clarification | 1120–AB07 |
| 1806 | National Security; Prevention of Acts of Violence and Terrorism | 1120–AB08 |
| 1807 | Central Inmate Monitoring (CIM) System: Streamlining Rules | 1120–AB14 |
| 1808 | Inmate Discipline—Subpart Revision | 1120–AB18 |
| 1809 | Administrative Safeguards for Psychiatric Treatment and Medication | 1120–AB20 |
| 1810 | Classification and Program Review | 1120–AB32 |



Exhibit (E)

## DEPARTMENT OF JUSTICE (DOJ)

**DEPARTMENT OF JUSTICE**

**8 CFR Ch. V**

**21 CFR Ch. I**

**27 CFR Ch. II**

**28 CFR Ch. I, V**

**Regulatory Agenda**

**AGENCY:** Department of Justice.

**ACTION:** Semiannual regulatory agenda.

**SUMMARY:** The Department of Justice is publishing its fall 2006 regulatory agenda pursuant to Executive Order 12866 "Regulatory Planning and Review," 58 FR 51735, and the Regulatory Flexibility Act, 5 U.S.C. sections 601 to 612 (1988).

**FOR FURTHER INFORMATION CONTACT:** Robert Hinchman, Senior Counsel, Office of Legal Policy, Department of Justice, Room 4252, 950 Pennsylvania Avenue NW., Washington, DC 20530, (202) 514-8059.

**SUPPLEMENTARY INFORMATION:** For this edition of the Department of Justice's regulatory agenda, the most important significant regulatory actions are included in The Regulatory Plan, which appears in part II of this issue of the **Federal Register**. The Regulatory Plan entries are listed in the table of contents below and are denoted by a bracketed bold reference, which directs the reader to the appropriate sequence number in part II.

The Regulatory Flexibility Act (RFA) requires that, each year, the Department publish a list of those regulations that have a significant economic impact upon a substantial number of small entities and are to be reviewed under section 610 of the Act during the succeeding 12 months. This edition of the Department's regulatory agenda includes three regulations requiring such a review: "Commerce in Explosives (Including Explosives in the Fireworks Industry)" (RIN 1140-AA01); "Nondiscrimination on the Basis of Disability in Public Accommodations and Commercial Facilities" (RIN 1190-AA44); and "Nondiscrimination on the Basis of Disability in State and Local Government Services" (RIN 1190-AA46). In accordance with the RFA, comments are specifically invited on these regulations. Those comments should be addressed to the contact persons listed in the entries for these items.

**Dated:** September 6, 2006.

**Rachel L. Brand,**

*Assistant Attorney General, Office of Legal Policy.*

### Bureau of Prisons—Proposed Rule Stage

| Sequence Number | Title | Regulation Identifier Number |
|---|---|---|
| 1919 | Reduction in Sentence for Medical Reasons | 1120-AB10 |
| 1920 | Autopsies | 1120-AB26 |
| 1921 | Inmate Work and Performance Pay Program: Reduction in Pay for Drug- and Alcohol-Related Disciplinary Offenses | 1120-AB33 |
| 1922 | Administrative Remedy Program—Subpart Revision | 1120-AB34 |
| 1923 | Inmate Electronic Message Program | 1120-AB38 |
| 1924 | Intensive Confinement Center Program | 1120-AB39 |
| 1925 | Release of Information | 1120-AB40 |
| 1926 | Drug Abuse Treatment Program: Eligibility of DC Code Offenders for Early Release Consideration | 1120-AB41 |
| 1927 | Inmate Furloughs | 1120-AB44 |

### Bureau of Prisons—Final Rule Stage

| Sequence Number | Title | Regulation Identifier Number |
|---|---|---|
| 1928 | Literacy Program | 1120-AA33 |
| 1929 | Telephone Regulations and Inmate Financial Responsibility | 1120-AA39 |
| 1930 | Good Conduct Time | 1120-AA62 |
| 1931 | Designation of Offenses Subject to Sex Offender Release Notification | 1120-AA85 |
| 1932 | Searches of Housing Units, Inmates, and Inmate Work Areas: Electronic Devices | 1120-AA90 |
| 1933 | Drug Testing Program | 1120-AA95 |
| 1934 | Correspondence: Inspection of Outgoing General Correspondence | 1120-AA98 |
| 1935 | District of Columbia Educational Good Time Credit | 1120-AB05 |
| 1936 | Suicide Prevention Program | 1120-AB06 |
| 1937 | Drug Abuse Treatment Program: Subpart Revision and Clarification | 1120-AB07 |
| 1938 | National Security; Prevention of Acts of Violence and Terrorism | 1120-AB08 |
| 1939 | Central Inmate Monitoring (CIM) System: Streamlining Rules | 1120-AB14 |
| 1940 | Inmate Discipline—Subpart Revision | 1120-AB18 |
| 1941 | Searching and Detaining or Arresting Non-Inmates | 1120-AB28 |
| 1942 | Limited Communication for Terrorist Inmates | 1120-AB35 |
| 1943 | Possession or Introduction of Personal Firearms Prohibited on Federal Penal or Correctional Institution Grounds | 1120-AB37 |

1

(a) For inmates serving a sentence for offenses committed on or after November 1, 1987, but before September 13, 1994, the Bureau will award 54 days credit toward service of sentence (good conduct time credit) for each year served. This amount is prorated when the time served by the inmate for the sentence during the year is less than a full year.

(b) For inmates serving a sentence for offenses committed on or after September 13, 1994, but before April 26, 1996, all yearly awards of good conduct time will vest for inmates who have earned, or are making satisfactory progress (see § 544.73(b) of this chapter) toward earning a General Educational Development (GED) credential.

(c) For inmates serving a sentence for an offense committed on or after April 26, 1996, the Bureau will award

(1) 54 days credit for each year served (prorated when the time served by the inmate for the sentence during the year is less than a full year) if the inmate has earned or is making satisfactory progress toward earning a GED credential or high school diploma; or

(2) 42 days credit for each year served (prorated when the time served by the inmate for the sentence during the year is less than a full year) if the inmate has not earned or is not making satisfactory progress toward earning a GED credential or high school diploma.

(d) Notwithstanding the requirements of paragraphs (b) and (c) of this section, an alien who is subject to a final order of removal, deportation, or exclusion is eligible for, but is not required to, participate in a literacy program, or to be making satisfactory progress toward earning a General Educational Development (GED) credential, to be elibible for a yearly award of good conduct time.

(e) The amount of good conduct time awarded for the year is also subject to disciplinary disallowance (see tables 3 through 6 in § 541.13 of this chapter).

50787, ; 70 FR 66752, 66754, Nov. 3, 2005]



© 2006 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement

