```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

JULIO GOMEZ,                    )
                                )
    Plaintiff,                  )
                                )
    v.                          )  Civil Action No. 06-1346 ESH
                                )
DEPARTMENT OF JUSTICE, et al.,  )
                                )
    Defendants.                 )
_____)

### DEFENDANTS' OPPOSITION TO
### PLAINTIFF'S "SUPPLEMENTING MOTION FOR RECONSIDERATION"

Defendants, through undersigned counsel, respectfully oppose Plaintiff's "Supplementing Motion For Reconsideration." Plaintiff again seeks to challenge the Court's proper and undisputably correct conclusion that the regulation he seeks to challenge was long ago published for notice and comment in the Federal Register.  See December 20, 2006 Memorandum Opinion at 2, 4-6.  In any event, he offers no reason to reconsider the Court's conclusion that a challenge such as his to the method for calculating Good Conduct Time must be pursued in habeas in the jurisdiction of his confinement.  Id. at 2-4.

In short, Plaintiff has failed to present to the Court in either his earlier Motion For Reconsideration[1] or the Supplementing Motion For Reconsideration anything worthy of relief.

---

[1] Plaintiff's earlier Motion For Reconsideration was denied by Order filed January 8, 2007.

Wherefore, Defendants submit that Plaintiff's Supplementing Motion For Reconsideration should be denied.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' Opposition to Plaintiff's "Supplementing Motion For Reconsideration" and a proposed order has been made by mailing copies thereof to:

JULIO GOMEZ
Reg. No. 52714-004
FCC-Coleman Low Complex
P.O. Box 1031
Coleman, FL  33521-103

on this 17th day of January, 2007.

W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230