```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

JULIO GOMEZ,                        )
                                    )
        Plaintiff,                  )
                                    )
    v.                              ) Civil Action No. 06-1346 ESH
                                    )
DEPARTMENT OF JUSTICE, et al.,      )
                                    )
        Defendants.                 )
_____)

### ORDER

UPON CONSIDERATION of Plaintiff's "Supplementing Motion For Reconsideration" and for the reasons set forth by this Court in its December 20, 2006 Memorandum Opinion as well as those set forth by Defendants in opposition to the instant motion, and based upon the entire record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that the Plaintiff's "Supplementing Motion For Reconsideration" should be and hereby is DENIED.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

JULIO GOMEZ
Reg. No. 52714-004
FCC-Coleman Low Complex
P.O. Box 1031
Coleman, FL  33521-103