UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**JULIO GOMEZ,**

    Plaintiff/Appellant,

-vs-

DEPARTMENT OF JUSTICE,

    DEFENDANT/Appellee.

_____/

CASE NO. **06-CV-1346 (ESH)**

RECEIVED

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

    Plaintiff/Appellant Julio Gomez in proper person and pursuant to FRAP (4), hereby appeals the court's order of Dec. 20th, 2006, dismissing with prejudice a civil action, and the order of Jan. 08th, 2007, denys reconsideration, TO THE DISTRICT OF COLUMBIA CIRCUIT COURT OF APPEALS.

Respectfully submitted,

JULIO GOMEZ, #52714-004
Appellant/Pro Se
FCC-Coleman, Fl 33521-11031
PO BOX 1031 B/4
Coleman, Fl 33521-1031

    I hereby certify under the penalty of perjury that the fore-going notice of appeal was placed in the institution mail system with prepostaged paided, this 16th day of Jan 2007.

JULIO GOMEZ, Pro Se