UNITED STATES DISTRICT COURT
IN THE DISTRICT OF CLOUMBIA

JULIO GOMEZ,
    Appellant,

-vs-

DEPARTMENT OF JUSTICE, et al.,
    Appellee.

CASE NO. 06-CV-01346 ESH
(Appellate no. 07-5031)

_____/

## MOTION REQUESTING APPOINTMENT OF APPELLATE COUNSEL

Appellant Julio Gomez in proper person and pursuant to 28 USC 1915, hereby respectfully requests the court to appoint appellate counsel due to the issues raised as stated in the IFP motion and since the record establishes that there exist sufficient likelihood of success on the merits on appeal. Piwowarski v. Green, 2006 US App Lexis 25053 (CADC 2006)[1]

Respectfully submitted,

JULIO GOMEZ, #52714-004
FCC-Coleman Low UNit
PO BOX 1031    B/4
Coleman, Fl 33521-1031

Filed this 26th day of Feb. 2007. Copy furnished to the AUSA of the case.

---

[1] Appellant as requested assistance from the FAMM Organization. They have responded that they will be reviewing the case and will reply back.