# Inmate Statement

[PRINT]

| | | |
|---|---|---|
| **Inmate Reg #:** 52714004 | **Current Institution:** | Coleman FCC |
| **Inmate Name:** GOMEZ, JULIO | **Housing Unit:** | COL-B |
| **Report Date:** 02/22/2007 | **Living Quarters:** | B16-123L |
| **Report Time:** 3:39:33 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| COA | 2/20/2007 3:16:28 PM | TFN0220 | | | Phone Withdrawal | ($1.00) | | $240.25 |
| COA | 2/19/2007 12:14:47 PM | TL0219 | | | TRUL Withdrawal | ($2.00) | | $241.25 |
| COA | 2/19/2007 11:34:57 AM | TFN0219 | | | Phone Withdrawal | ($3.00) | | $243.25 |
| COA | 2/11/2007 7:15:08 PM | TFN0211 | | | Phone Withdrawal | ($3.00) | | $246.25 |
| COA | 2/11/2007 6:45:35 PM | TFN0211 | | | Phone Withdrawal | ($10.00) | | $249.25 |
| COA | 2/10/2007 8:36:41 PM | TFN0210 | | | Phone Withdrawal | ($5.00) | | $259.25 |
| COA | 2/9/2007 11:02:21 PM | TFN0209 | | | Phone Withdrawal | ($10.00) | | $264.25 |
| COA | 2/9/2007 3:18:15 PM | TFN0209 | | | Phone Withdrawal | ($3.00) | | $274.25 |
| COA | 2/8/2007 6:49:32 PM | 105 | | | Sales | ($46.20) | | $277.25 |
| COA | 2/8/2007 7:41:54 AM | GIIS007 | | | Payroll - UNICOR | $253.31 | | $323.45 |
| COA | 2/6/2007 6:02:16 PM | TL0206 | | | TRUL Withdrawal | ($5.00) | | $70.14 |
| COA | 1/29/2007 7:37:44 PM | TFN0129 | | | Phone Withdrawal | ($4.00) | | $75.14 |
| COA | 1/28/2007 3:00:41 PM | TFN0128 | | | Phone Withdrawal | ($6.00) | | $79.14 |
| COA | 1/27/2007 9:46:13 PM | TFN0127 | | | Phone Withdrawal | ($3.00) | | $85.14 |
| COA | 1/27/2007 2:07:33 PM | TFN0127 | | | Phone Withdrawal | ($3.00) | | $88.14 |
| COA | 1/26/2007 7:06:16 PM | TFN0126 | | | Phone Withdrawal | ($2.00) | | $91.14 |
| COA | 1/25/2007 6:48:27 PM | TFN0125 | | | Phone Withdrawal | ($2.00) | | $93.14 |
| COA | 1/25/2007 6:15:59 PM | 96 | | | Sales | ($23.75) | | $95.14 |
| COA | 1/23/2007 8:13:41 PM | TFN0123 | | | Phone Withdrawal | ($2.00) | | $118.89 |
| COA | 1/23/2007 7:55:25 PM | 127 | | | Sales | ($7.40) | | $120.89 |
| COA | 1/22/2007 7:27:42 PM | TFN0122 | | | Phone Withdrawal | ($1.00) | | $128.29 |
| COA | 1/21/2007 7:12:28 PM | TFN0121 | | | Phone Withdrawal | ($2.00) | | $129.29 |
| COA | 1/20/2007 6:02:29 PM | TL0120 | | | TRUL Withdrawal | ($5.00) | | $131.29 |

| | | | | | |
|---|---|---|---|---|---|
| COA | 1/20/2007 3:46:31 PM | TFN0120 | Phone Withdrawal | ($7.00) | $136.29 |
| COA | 1/19/2007 7:34:41 PM | TFN0119 | Phone Withdrawal | ($3.00) | $143.29 |
| COA | 1/19/2007 6:31:18 PM | TFN0119 | Phone Withdrawal | ($3.00) | $146.29 |
| COA | 1/18/2007 8:13:24 PM | 129 | Sales | ($13.40) | $149.29 |
| COA | 1/16/2007 6:48:36 PM | TFN0116 | Phone Withdrawal | ($2.00) | $162.69 |
| COA | 1/15/2007 5:27:25 PM | TL0115 | TRUL Withdrawal | ($2.00) | $164.69 |
| COA | 1/14/2007 8:14:35 PM | TFN0114 | Phone Withdrawal | ($5.00) | $166.69 |
| COA | 1/13/2007 7:49:01 PM | TFN0113 | Phone Withdrawal | ($2.00) | $171.69 |
| COA | 1/12/2007 6:01:51 PM | TFN0112 | Phone Withdrawal | ($3.00) | $173.69 |
| COA | 1/11/2007 9:32:36 PM | TFN0111 | Phone Withdrawal | ($5.00) | $176.69 |
| COA | 1/11/2007 6:10:18 PM | 133 | Sales | ($28.65) | $181.69 |
| COA | 1/10/2007 6:54:07 PM | TFN0110 | Phone Withdrawal | ($4.00) | $210.34 |
| COA | 1/10/2007 3:46:20 PM | TL0110 | TRUL Withdrawal | ($2.00) | $214.34 |
| COA | 1/4/2007 8:05:47 AM | GIIS005 | Payroll - UNICOR | $181.92 | $216.34 |
| COA | 12/30/2006 10:59:53 AM | TFN1230 | Phone Withdrawal | ($20.00) | $34.42 |
| COA | 12/29/2006 3:53:03 PM | TFN1229 | Phone Withdrawal | ($3.00) | $54.42 |
| COA | 12/27/2006 6:39:42 PM | TFN1227 | Phone Withdrawal | ($3.00) | $57.42 |
| COA | 12/24/2006 2:49:46 PM | TFN1224 | Phone Withdrawal | ($13.00) | $60.42 |
| COA | 12/23/2006 8:07:32 PM | TFN1223 | Phone Withdrawal | ($14.00) | $73.42 |
| COA | 12/23/2006 11:15:46 AM | TL1223 | TRUL Withdrawal | ($5.00) | $87.42 |
| COA | 12/23/2006 10:45:58 AM | TFN1223 | Phone Withdrawal | ($2.00) | $92.42 |
| COA | 12/22/2006 6:11:30 PM | TFN1222 | Phone Withdrawal | ($3.00) | $94.42 |
| COA | 12/21/2006 7:18:23 PM | TFN1221 | Phone Withdrawal | ($3.00) | $97.42 |
| COA | 12/20/2006 6:39:17 PM | TFN1220 | Phone Withdrawal | ($4.00) | $100.42 |
| COA | 12/20/2006 5:45:05 PM | 10 | Sales | ($15.10) | $104.42 |
| COA | 12/18/2006 7:06:26 PM | TFN1218 | Phone Withdrawal | ($3.00) | $119.52 |
| COA | 12/16/2006 6:54:39 PM | TFN1216 | Phone Withdrawal | ($3.00) | $122.52 |

1 2 3 4 5 6

# Inmate Statement

[PRINT]

| Inmate Reg #: | 52714004 | Current Institution: | Coleman FCC |
| --- | --- | --- | --- |
| Inmate Name: | GOMEZ, JULIO | Housing Unit: | COL-B |
| Report Date: | 02/22/2007 | Living Quarters: | B16-123L |
| Report Time: | 3:40:47 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| COA | 12/15/2006 5:16:21 PM | TFN1215 | | | Phone Withdrawal | ($2.00) | | $125.52 |
| COA | 12/14/2006 6:41:50 PM | TFN1214 | | | Phone Withdrawal | ($2.00) | | $127.52 |
| COA | 12/13/2006 8:38:57 PM | TFN1213 | | | Phone Withdrawal | ($2.00) | | $129.52 |
| COA | 12/13/2006 6:21:51 PM | 93 | | | Sales | ($46.55) | | $131.52 |
| COA | 12/12/2006 6:01:46 PM | TFN1212 | | | Phone Withdrawal | ($2.00) | | $178.07 |
| COA | 12/10/2006 12:11:15 AM | | 3167 | | Child Support | ($70.00) | | $180.07 |
| COA | 12/9/2006 1:06:49 PM | TFN1209 | | | Phone Withdrawal | ($8.00) | | $250.07 |
| COA | 12/8/2006 6:27:09 PM | TFN1208 | | | Phone Withdrawal | ($2.00) | | $258.07 |
| COA | 12/8/2006 11:10:10 AM | TFN1208 | | | Phone Withdrawal | ($10.00) | | $260.07 |
| COA | 12/7/2006 9:13:36 PM | TL1207 | | | TRUL Withdrawal | ($10.00) | | $270.07 |
| COA | 12/7/2006 6:25:22 PM | TFN1207 | | | Phone Withdrawal | ($2.00) | | $280.07 |
| COA | 12/7/2006 7:48:20 AM | GIIS003 | | | Payroll - UNICOR | $277.48 | | $282.07 |
| COA | 12/6/2006 5:59:58 PM | 140 | | | Sales | ($3.00) | | $4.59 |
| COA | 12/6/2006 4:35:27 PM | TFN1206 | | | Phone Withdrawal | ($3.00) | | $7.59 |
| COA | 12/5/2006 4:43:49 PM | TFN1205 | | | Phone Withdrawal | ($2.00) | | $10.59 |
| COA | 12/4/2006 6:22:09 PM | TFN1204 | | | Phone Withdrawal | ($3.00) | | $12.59 |
| COA | 12/2/2006 8:10:31 PM | TFN1202 | | | Phone Withdrawal | ($5.00) | | $15.59 |
| COA | 11/30/2006 7:37:28 PM | TFN1130 | | | Phone Withdrawal | ($3.00) | | $20.59 |
| COA | 11/29/2006 6:59:42 PM | TL1129 | | | TRUL Withdrawal | ($5.00) | | $23.59 |
| COA | 11/29/2006 6:00:38 PM | 177 | | | Sales | ($31.70) | | $28.59 |
| COA | 11/29/2006 11:12:46 AM | TFN1129 | | | Phone Withdrawal | ($7.00) | | $60.29 |
| COA | 11/27/2006 6:48:29 PM | TFN1127 | | | Phone Withdrawal | ($3.00) | | $67.29 |
| COA | 11/26/2006 2:57:48 PM | TFN1126 | | | Phone Withdrawal | ($11.00) | | $70.29 |

| | | | | | |
|---|---|---|---|---|---|
| COA | 11/25/2006 TFN1125 8:02:00 PM | | Phone Withdrawal | ($3.00) | $81.29 |
| COA | 11/24/2006 TFN1124 6:00:04 PM | | Phone Withdrawal | ($2.00) | $84.29 |
| COA | 11/24/2006 TFN1124 11:28:16 AM | | Phone Withdrawal | ($2.00) | $86.29 |
| COA | 11/23/2006 TL1123 11:51:50 AM | | TRUL Withdrawal | ($5.00) | $88.29 |
| COA | 11/22/2006 TFN1122 5:34:56 PM | | Phone Withdrawal | ($7.00) | $93.29 |
| COA | 11/15/2006 TFN1115 5:39:36 PM | | Phone Withdrawal | ($4.00) | $100.29 |
| COA | 11/13/2006 TFN1113 9:31:26 PM | | Phone Withdrawal | ($3.00) | $104.29 |
| COA | 11/12/2006 TFN1112 1:21:11 PM | | Phone Withdrawal | ($3.00) | $107.29 |
| COA | 11/10/2006 12:11:03 AM | 1736 | Child Support | ($70.00) | $110.29 |
| COA | 11/9/2006 TFN1109 7:50:28 PM | | Phone Withdrawal | ($6.00) | $180.29 |
| COA | 11/8/2006 171 5:18:14 PM | | Sales | ($65.95) | $186.29 |
| COA | 11/7/2006 TFN1107 11:14:37 AM | | Phone Withdrawal | ($2.00) | $252.24 |
| COA | 11/6/2006 TFN1106 8:17:58 PM | | Phone Withdrawal | ($2.00) | $254.24 |
| COA | 11/4/2006 TFN1104 8:27:31 PM | | Phone Withdrawal | ($7.00) | $256.24 |
| COA | 11/4/2006 TL1104 6:59:54 PM | | TRUL Withdrawal | ($10.00) | $263.24 |
| COA | 11/4/2006 TFN1104 3:44:05 PM | | Phone Withdrawal | ($3.00) | $273.24 |
| COA | 11/2/2006 TFN1102 6:05:24 PM | | Phone Withdrawal | ($2.00) | $276.24 |
| COA | 11/2/2006 IIS027 8:52:21 AM | | Payroll - UNICOR | $261.11 | $278.24 |
| COA | 10/31/2006 TFN1031 4:47:38 PM | | Phone Withdrawal | ($2.00) | $17.13 |
| COA | 10/30/2006 TFN1030 6:59:27 PM | | Phone Withdrawal | ($2.00) | $19.13 |
| COA | 10/29/2006 TFN1029 7:18:30 PM | | Phone Withdrawal | ($2.00) | $21.13 |
| COA | 10/28/2006 TFN1028 1:19:05 PM | | Phone Withdrawal | ($3.00) | $23.13 |
| COA | 10/25/2006 174 7:19:05 PM | | Sales | ($16.25) | $26.13 |
| COA | 10/25/2006 TFN1025 5:38:22 PM | | Phone Withdrawal | ($2.00) | $42.38 |
| COA | 10/23/2006 TFN1023 6:47:33 PM | | Phone Withdrawal | ($3.00) | $44.38 |
| COA | 10/22/2006 TL1022 2:07:08 PM | | TRUL Withdrawal | ($5.00) | $47.38 |
| COA | 10/22/2006 TFN1022 11:45:52 AM | | Phone Withdrawal | ($3.00) | $52.38 |

1 2 3 4 5 6

# Inmate Statement



| | | |
|---|---|---|
| Inmate Reg #: | 52714004 | |
| Inmate Name: | GOMEZ, JULIO | |
| Report Date: | 02/22/2007 | |
| Report Time: | 3:41:43 PM | |

| | |
|---|---|
| Current Institution: | Coleman FCC |
| Housing Unit: | COL-B |
| Living Quarters: | B16-123L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| COA | 10/21/2006 8:40:49 PM | TFN1021 | | | Phone Withdrawal | ($2.00) | | $55.38 |
| COA | 10/21/2006 11:35:07 AM | TFN1021 | | | Phone Withdrawal | ($2.00) | | $57.38 |
| COA | 10/20/2006 9:53:14 PM | TFN1020 | | | Phone Withdrawal | ($2.00) | | $59.38 |
| COA | 10/19/2006 6:17:20 PM | 117 | | | Sales | ($44.95) | | $61.38 |
| COA | 10/18/2006 8:15:38 PM | TFN1018 | | | Phone Withdrawal | ($2.00) | | $106.33 |
| COA | 10/18/2006 3:25:05 PM | TL1018 | | | TRUL Withdrawal | ($5.00) | | $108.33 |
| COA | 10/17/2006 8:14:32 PM | TFN1017 | | | Phone Withdrawal | ($2.00) | | $113.33 |
| COA | 10/15/2006 5:21:29 PM | TFN1015 | | | Phone Withdrawal | ($3.00) | | $115.33 |
| COA | 10/14/2006 12:46:11 PM | TFN1014 | | | Phone Withdrawal | ($1.00) | | $118.33 |
| COA | 10/12/2006 10:35:27 PM | TFN1012 | | | Phone Withdrawal | ($2.00) | | $119.33 |
| COA | 10/12/2006 5:34:42 PM | TFN1012 | | | Phone Withdrawal | ($12.00) | | $121.33 |
| COA | 10/10/2006 6:07:00 PM | TFN1010 | | | Phone Withdrawal | ($2.00) | | $133.33 |
| COA | 10/10/2006 12:11:07 AM | | | 464 | Child Support | ($70.00) | | $135.33 |
| COA | 10/9/2006 7:50:35 PM | TFN1009 | | | Phone Withdrawal | ($2.00) | | $205.33 |
| COA | 10/7/2006 8:30:51 PM | TFN1007 | | | Phone Withdrawal | ($5.00) | | $207.33 |
| COA | 10/6/2006 1:28:06 PM | TL1006 | | | TRUL Withdrawal | ($5.00) | | $212.33 |
| COA | 10/6/2006 8:38:21 AM | GIPP0906 | | | Payroll - IPP | $34.00 | | $217.33 |
| COA | 10/5/2006 7:27:22 PM | TFN1005 | | | Phone Withdrawal | ($3.00) | | $183.33 |
| COA | 10/5/2006 1:17:57 PM | IIS025 | | | Payroll - UNICOR | $182.25 | | $186.33 |
| COA | 10/4/2006 8:28:33 PM | TFN1004 | | | Phone Withdrawal | ($3.00) | | $4.08 |
| COA | 10/4/2006 2:25:06 PM | 28 | | | Sales | ($51.05) | | $7.08 |
| COA | 10/3/2006 6:38:12 PM | TFN1003 | | | Phone Withdrawal | ($2.00) | | $58.13 |
| COA | 10/2/2006 6:27:34 PM | TFN1002 | | | Phone Withdrawal | ($3.00) | | $60.13 |

| COA | 9/26/2006 8:13:46 PM | TFN0926 | | Phone Withdrawal | ($2.00) | $63.13 |
|---|---|---|---|---|---|---|
| COA | 9/24/2006 7:27:04 PM | TFN0924 | | Phone Withdrawal | ($2.00) | $65.13 |
| COA | 9/24/2006 4:31:26 PM | TFN0924 | | Phone Withdrawal | ($3.00) | $67.13 |
| COA | 9/21/2006 8:40:59 PM | TFN0921 | | Phone Withdrawal | ($2.00) | $70.13 |
| COA | 9/20/2006 10:08:16 PM | TFN0920 | | Phone Withdrawal | ($3.00) | $72.13 |
| COA | 9/19/2006 7:54:26 PM | TFN0919 | | Phone Withdrawal | ($2.00) | $75.13 |
| COA | 9/18/2006 7:01:17 PM | TFN0918 | | Phone Withdrawal | ($2.00) | $77.13 |
| COA | 9/18/2006 5:36:55 PM | TL0918 | | TRUL Withdrawal | ($5.00) | $79.13 |
| COA | 9/17/2006 3:23:28 PM | TFN0917 | | Phone Withdrawal | ($2.00) | $84.13 |
| COA | 9/16/2006 10:54:26 AM | TFN0916 | | Phone Withdrawal | ($2.00) | $86.13 |
| COA | 9/14/2006 10:06:35 PM | TFN0914 | | Phone Withdrawal | ($2.00) | $88.13 |
| COA | 9/14/2006 7:23:21 PM | TFN0914 | | Phone Withdrawal | ($2.00) | $90.13 |
| COA | 9/12/2006 6:22:41 PM | 60 | | Sales | ($23.65) | $92.13 |
| COA | 9/11/2006 9:34:43 PM | TFN0911 | | Phone Withdrawal | ($3.00) | $115.78 |
| COA | 9/10/2006 5:04:29 PM | TFN0910 | | Phone Withdrawal | ($2.00) | $118.78 |
| COA | 9/10/2006 2:08:09 AM | | C434 | Child Support | ($70.00) | $120.78 |
| COA | 9/9/2006 10:21:40 PM | TFN0909 | | Phone Withdrawal | ($2.00) | $190.78 |
| COA | 9/8/2006 6:27:42 PM | TFN0908 | | Phone Withdrawal | ($5.00) | $192.78 |
| COA | 9/7/2006 3:37:01 PM | 70 | | Sales | ($63.10) | $197.78 |
| COA | 9/7/2006 8:07:56 AM | IIS023 | | Payroll - UNICOR | $248.76 | $260.88 |
| COA | 9/4/2006 7:02:35 PM | TFN0904 | | Phone Withdrawal | ($2.00) | $12.12 |
| COA | 9/2/2006 8:48:03 PM | TFN0902 | | Phone Withdrawal | ($2.00) | $14.12 |
| COA | 9/2/2006 7:37:17 PM | TFN0902 | | Phone Withdrawal | ($2.00) | $16.12 |
| COA | 8/31/2006 5:47:51 PM | TFN0831 | | Phone Withdrawal | ($3.00) | $18.12 |
| COA | 8/30/2006 5:55:27 PM | TL0830 | | TRUL Withdrawal | ($5.00) | $21.12 |
| COA | 8/28/2006 6:26:28 PM | ITS2CONV | | Phone Rev With Rel | $3.46 | $26.12 |
| COA | 8/27/2006 8:51:16 PM | ITS0827 | | Phone Withdrawal | ($2.00) | $22.66 |

1 2 3 4 5 6

# Inmate Statement

[PRINT]

| Inmate Reg #: | 52714004 | Current Institution: | Coleman FCC |
| --- | --- | --- | --- |
| Inmate Name: | GOMEZ, JULIO | Housing Unit: | COL-B |
| Report Date: | 02/22/2007 | Living Quarters: | B16-123L |
| Report Time: | 3:42:19 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| COA | 8/27/2006 9:25:19 AM | TL0827 | | | TRUL Withdrawal | ($5.00) | | $24.66 |
| COA | 8/24/2006 5:46:22 PM | ITS0824 | | | Phone Withdrawal | ($4.00) | | $29.66 |
| COA | 8/22/2006 5:49:13 PM | 65 | | | Sales | ($31.95) | | $33.66 |
| COA | 8/20/2006 7:03:44 PM | ITS0820 | | | Phone Withdrawal | ($5.00) | | $65.61 |
| COA | 8/19/2006 7:57:37 PM | TL0819 | | | TRUL Withdrawal | ($5.00) | | $70.61 |
| COA | 8/13/2006 12:51:35 PM | ITS0813 | | | Phone Withdrawal | ($10.00) | | $75.61 |
| COA | 8/10/2006 2:08:29 AM | | B278 | | Child Support | ($70.00) | | $85.61 |
| COA | 8/9/2006 7:30:35 PM | ITS0809 | | | Phone Withdrawal | ($2.00) | | $155.61 |
| COA | 8/9/2006 11:13:08 AM | TL0809 | | | TRUL Withdrawal | ($5.00) | | $157.61 |
| COA | 8/7/2006 7:51:07 PM | ITS0807 | | | Phone Withdrawal | ($2.00) | | $162.61 |
| COA | 8/6/2006 5:01:50 PM | ITS0806 | | | Phone Withdrawal | ($5.00) | | $164.61 |
| COA | 8/6/2006 4:43:56 PM | ITS0806 | | | Phone Withdrawal | ($3.00) | | $169.61 |
| COA | 8/5/2006 12:18:02 PM | ITS0805 | | | Phone Withdrawal | ($15.00) | | $172.61 |
| COA | 8/3/2006 9:31:48 PM | ITS0803 | | | Phone Withdrawal | ($3.00) | | $187.61 |
| COA | 8/3/2006 4:37:36 PM | ITS0803 | | | Phone Withdrawal | ($3.00) | | $190.61 |
| COA | 8/3/2006 2:04:34 PM | TL0803 | | | TRUL Withdrawal | ($5.00) | | $193.61 |
| COA | 8/3/2006 9:40:38 AM | IIS021 | | | Payroll - UNICOR | $189.10 | | $198.61 |
| COA | 8/1/2006 5:42:30 PM | 51 | | | Sales | ($1.00) | | $9.51 |
| COA | 8/1/2006 5:41:30 PM | 50 | | | Sales | ($36.05) | | $10.51 |
| COA | 7/31/2006 9:31:52 PM | ITS0731 | | | Phone Withdrawal | ($7.00) | | $46.56 |
| COA | 7/30/2006 8:38:07 PM | TL0730 | | | TRUL Withdrawal | ($2.00) | | $53.56 |
| COA | 7/26/2006 8:52:46 PM | ITS0726 | | | Phone Withdrawal | ($2.00) | | $55.56 |
| COA | 7/25/2006 11:04:07 PM | ITS0725 | | | Phone Withdrawal | ($3.00) | | $57.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| COA | 7/25/2006 | ITS0725 | | Phone Withdrawal | ($3.00) | $60.56 |
| | 10:10:19 PM | | | | | |
| COA | 7/25/2006 | 87 | | Sales | ($28.95) | $63.56 |
| | 5:56:04 PM | | | | | |
| COA | 7/24/2006 | TL0724 | | TRUL Withdrawal | ($5.00) | $92.51 |
| | 6:40:24 PM | | | | | |
| COA | 7/23/2006 | ITS0723 | | Phone Withdrawal | ($3.00) | $97.51 |
| | 11:15:15 PM | | | | | |
| COA | 7/20/2006 | ITS0720 | | Phone Withdrawal | ($7.00) | $100.51 |
| | 9:32:40 PM | | | | | |
| COA | 7/18/2006 | ITS0718 | | Phone Withdrawal | ($2.00) | $107.51 |
| | 9:39:56 PM | | | | | |
| COA | 7/18/2006 | 101 | | Sales | ($30.65) | $109.51 |
| | 5:45:42 PM | | | | | |
| COA | 7/16/2006 | ITS0716 | | Phone Withdrawal | ($7.00) | $140.16 |
| | 8:58:16 PM | | | | | |
| COA | 7/15/2006 | ITS0715 | | Phone Withdrawal | ($3.00) | $147.16 |
| | 8:30:42 PM | | | | | |
| COA | 7/13/2006 | ITS0713 | | Phone Withdrawal | ($3.00) | $150.16 |
| | 10:28:03 PM | | | | | |
| COA | 7/12/2006 | ITS0712 | | Phone Withdrawal | ($2.00) | $153.16 |
| | 10:11:54 PM | | | | | |
| COA | 7/12/2006 | ITS0712 | | Phone Withdrawal | ($4.00) | $155.16 |
| | 7:26:48 PM | | | | | |
| COA | 7/11/2006 | ITS0711 | | Phone Withdrawal | ($2.00) | $159.16 |
| | 7:38:06 PM | | | | | |
| COA | 7/11/2006 | ITS0711 | | Phone Withdrawal | ($2.00) | $161.16 |
| | 6:44:59 PM | | | | | |
| COA | 7/11/2006 | 66 | | Sales | ($49.20) | $163.16 |
| | 2:49:49 PM | | | | | |
| COA | 7/10/2006 | TL0710 | | TRUL Withdrawal | ($5.00) | $212.36 |
| | 7:41:53 AM | | | | | |
| COA | 7/10/2006 | | 9921 | Child Support | ($70.00) | $217.36 |
| | 2:08:19 AM | | | | | |
| COA | 7/9/2006 | ITS0709 | | Phone Withdrawal | ($15.00) | $287.36 |
| | 7:53:01 PM | | | | | |
| COA | 7/9/2006 | ITS0709 | | Phone Withdrawal | ($2.00) | $302.36 |
| | 7:41:20 PM | | | | | |
| COA | 7/8/2006 | ITS0708 | | Phone Withdrawal | ($1.00) | $304.36 |
| | 3:38:28 PM | | | | | |
| COA | 7/7/2006 | ITS0707 | | Phone Withdrawal | ($10.00) | $305.36 |
| | 5:59:04 PM | | | | | |
| COA | 7/7/2006 | ITS0707 | | Phone Withdrawal | ($2.00) | $315.36 |
| | 5:22:13 PM | | | | | |
| COA | 7/6/2006 | ITS0706 | | Phone Withdrawal | ($15.00) | $317.36 |
| | 5:56:05 PM | | | | | |
| COA | 7/6/2006 | 9709-V | | Child Support | $70.00 | $332.36 |
| | 3:21:54 PM | | | | | |
| COA | 7/6/2006 | | 9709 | Child Support | ($70.00) | $262.36 |
| | 3:19:01 PM | | | | | |
| COA | 7/6/2006 | IIS019 | | Payroll - UNICOR | $217.89 | $332.36 |
| | 8:10:02 AM | | | | | |
| COA | 7/5/2006 | TL0705 | | TRUL Withdrawal | ($5.00) | $114.47 |
| | 10:23:07 PM | | | | | |

1 2 3 4 5 6

**Total Transactions: 256**

|  |  | Totals: | $17.74 | $0.00 |
|---|---|---|---|---|

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| COA | $240.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $240.2 |
| Totals: | $240.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $240.2 |