# United States Court of Appeals
### For The District of Columbia Circuit

No. 07-5031 September Term, 2006

06cv01346

Filed On:

Julio Gomez,
       Appellant

v.

Department of Justice and Federal Bureau of Prisons,
       Appellees



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 9/5/07
BY:
ATTACHED: __ Amending Order __ Opinion __ Order on Costs

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JUL 1 1 2007

CLERK

**BEFORE:** Sentelle, Henderson, and Tatel, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance and the opposition thereto; and the motion for appointment of counsel, it is

**ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court properly dismissed the case and denied reconsideration because habeas corpus "is the exclusive remedy for a federal prisoner bringing any claim that would have a 'probalistic impact' upon the duration of his custody." Bourke v. Hawk-Sawyer, 269 F.3d 1072, 1074 (D.C. Cir. 2001); see also Razzoli v. BOP, 230 F.3d 371, 376 (D.C. Cir. 2000). We modify the district court's judgment, however, to state that dismissal is without prejudice to appellant's right to pursue his claim for release in the proper forum and manner.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk